|   |   |
|---|---|
| 1 | GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*) |
| 2 | gv@gvazquez.com <br> RALPH R. LONGO, IV (admitted *Pro Hac Vice*) |
| 3 | rl@gvazquez.com |
| 4 | STEVEN B. HERZBERG (admitted *Pro Hac Vice*) <br> sh@gvazquez.com |
| 5 | **VAZQUEZ & ASSOCIATES, P.A.** <br> 1111 Brickell Ave., Suite 1550 |
| 6 | Miami, Florida 33131 |
| 7 | Tel. (305) 371-8064 |
| 8 | MAURICE D. PESSAH (SBN: 275955) |
| 9 | maurice@pessahgroup.com <br> SUMMER E. BENSON (SBN: 326398) |
| 10 | sbenson@pessahgroup.com |
| 11 | **PESSAH LAW GROUP, PC** <br> 661 N. Harper Ave., Suite 208 |
| 12 | Los Angeles, CA 90048 <br> Tel. (310) 772-2261 |

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, <br><br> Plaintiff, <br><br> v. <br><br> GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al., <br><br> Defendants. | Case No. 2:22-cv-02752-SVW-AFM <br><br> *Honorable Stephen V. Wilson* <br><br> **PLAINTIFF RADICAL INVESTMENTS LTD.'S REQUEST FOR ENTRY OF DEFAULT BY CLERK AS TO DEFENDANTS ALEX LEE MOORE JR. AND GOOD VIBRATIONS ENTERTAINMENT, LLC PURSUANT TO FED. R. CIV. P. 55(a); DECLARATION OF RALPH R. LONGO, ESQ.** |

1

**TO THE CLERK OF COURT:**

Plaintiff RADICAL INVESTMENTS LTD ("Plaintiff"), by and through its undersigned counsel, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants ALEX LEE MOORE JR. ("Moore") and GOOD VIBRATIONS ENTERTAINMENT LLC ("Good Vibrations") (collectively, "Defendants") on the ground that Defendants have failed to obtain local counsel, make an appearance or otherwise defend this action.

Fed. R. Civ. P. 55(a) states: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The instant case was transferred to this Court on April 26, 2022 from the United States District Court for the Southern District of Florida. Thereafter, out-of-state counsel for Defendants Moore and Good Vibrations was ordered to obtain local counsel and file *pro hac vice* applications as appropriate no later than May 6, 2022. As of this filing, counsel has failed to do so. Accordingly, Plaintiff respectfully request that the Clerk of this Court enter default in this matter as to Defendants Moore and Good Vibrations.

The above stated facts are set forth in the accompanying declaration of Ralph R. Longo, Esq. filed concurrently herewith.

Dated: May 31, 2022                    **VAZQUEZ & ASSOCIATES, P.A.**

                                       By: */s/ Ralph R. Longo*
                                           Gerardo Vazquez, Esq.
                                           Ralph R. Longo IV, Esq.
                                           Steven B. Herzberg, Esq.
                                           Attorneys for Plaintiff,
                                           RADICAL INVESTMENTS LTD.

# DECLARATION OF RALPH R. LONGO, ESQ.

I, Ralph R. Longo, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court on this matter *pro hac vice*. I am an attorney at Vazquez & Associates P.A., counsel of record for Plaintiff RADICAL INVESTMENTS LTD ("Plaintiff"). The matters set forth in this declaration are within my personal knowledge and, if called to do so, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiff's Request for Entry of Default as to Defendants Alex Lee Moore Jr. and Good Vibrations Entertainment, LLC (the "Request").

3. Defendant ALEX LEE MOORE JR. ("Moore") waived service of Process on November 23, 2021 (ECF No. 24), and subsequently answered Plaintiff's Complaint (ECF No. 36).

4. Defendant GOOD VIBRATIONS ENTERTAINMENT LLC ("Good Vibrations") similarly waived service of Process on November 23, 2021 (ECF No. 23), and subsequently answered Plaintiff's Complaint (ECF No. 36).

5. After a hearing on motion to transfer forum which counsel for Moore and Good Vibrations, the moving parties, attended, this case was transferred from the Southern District of Florida to the Central District of California on or about April 26, 2022 (ECF No. 58).

6. Shortly after the case was transferred, this Court ordered the parties' out-of-state counsel to file *Pro Hac Vice* motions no later than May 6, 2022 (ECF Nos. 64-65). Attached hereto as **Exhibit A**, is a true and correct copy of said order (the "Order"). Specifically, this Court directed counsel for Moore and Good Vibrations, Mr. John D. Schwalb, Esq., and Mr. Ronald Jay Cohen, Esq., both out-of-state attorneys, to file *Pro Hac Vice* motions and to obtain local counsel in California within five (5) business days.

7. Neither Defendant Moore nor Defendant Good Vibrations has made an appearance since the date of transfer to California. As of this filing, there is nothing on the docket which evidences any attempt by Mr. Schwalb or Mr. Cohen to file a *Pro Hac Vice* motion, nor has any local attorney appeared on behalf of Moore or Good Vibrations.

8. Rule 55(a) of the Federal Rules of Civil Procedure states that a default may be entered when "A party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's Default".

9. Defendants Moore and Good Vibrations failure to comply with this Court's Order, and failure to obtain local counsel or make any sort of appearance whatsoever in the three weeks since the case has been pending before this Court. Plaintiff, through its counsel, has repeatedly reached out to Moore and Good Vibrations prior counsel, Mr. Jonathan Schwalb, Esq. to advise him that this Motion would be filed if counsel for Moore and Good Vibrations did not appear. As of the date of this filing, no counsel has appeared for Moore or for Good Vibrations. As such, Plaintiff has been given no choice but to file this Motion.

10. As such, Plaintiff's respectfully request that this Court enter a Default as to Defendants Moore and Good Vibrations pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of May, 2022 in Miami, Florida.

                                              */s/ Ralph R. Longo*
                                                Declarant