GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, <br><br> Plaintiff, <br><br> v. <br><br> GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al., <br><br> Defendants. | Case No. 2:22-cv-02752-SVW-AFM <br><br> *Assigned to the Honorable Stephen V. Wilson* <br><br> **REQUEST FOR REMOTE APPEARANCE BY OUT OF STATE COUNSEL FOR PLAINTIFF RADICAL INVESTMENTS LTD.** <br><br> Date:         July 11, 2022 <br> Time:        1:30 p.m. <br> Courtroom: 10A |

1

REQUEST FOR REMOTE APPEARANCE

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

       **PLEASE TAKE NOTICE** that counsel of record for Plaintiff Radical Investments Ltd. ("Plaintiff") hereby respectfully requests leave of this Court to appear remotely via Zoom on July 11, 2022, at 1:30 p.m., for the proceeding involving Defendants Davidovich Stein Law Group, LLP and Charles Z. Stein, Esq.'s Motion for Judgment on the Pleadings. Counsel for Plaintiff is located in Florida; however, local counsel in Los Angeles is available to appear in-person should the Court so require.

                                                   Respectfully submitted,

Dated: June 29, 2022                      **VAZQUEZ & ASSOCIATES, P.A.**

                                       By: */s/ Ralph R. Longo*
                                             Gerardo Vazquez, Esq.
                                             Ralph R. Longo IV, Esq.
                                             Steven B. Herzberg, Esq.
                                             Attorneys for Plaintiff,
                                             RADICAL INVESTMENTS LTD.