Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**[PROPOSED] ORDER GRANTING MOTION TO BIFURCATE SETTLEMENT AND RELEASE**<br><br>DATE:     August 9, 2022 (trial date)<br>TIME:     9 a.m.<br>CRTRM:  10A<br><br>*Pretrial Conference: July 25, 2022*<br>*Jury Trial:              August 9, 2022* |

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER GRANTING MOTION TO BIFURCATE
SETTLEMENT AND RELEASE**

WHEREAS the motion to bifurcate settlement and release of Defendants Charles Z. Stein and Davidovich Stein Law Group, LLP, was called for hearing before this Honorable Court on August 9, 2022 at 1:30 p.m., or as soon thereafter as the matter could be heard, in Courtroom 10A of the above-entitled Court, the Honorable Stephen V. Wilson, presiding.

Brian T. Smith of Zelms, Erlich & Mack, appeared on behalf of Defendants Charles Z. Stein and Davidovich Stein Law Group, LLP. Gerardo Vazquez and Ralph Longo of Vazquez & Associates appeared on behalf of plaintiff Radical Investments, Ltd. The Court had reviewed the motion to bifurcate settlement and release and the Declaration of Brian T. Smith in support thereto, The Court had, furthermore, reviewed the opposition brief filed by plaintiff Radical Investments, Ltd. and all papers filed with by plaintiff with respect to its opposition.

After hearing oral argument of counsel in support of the motion and in opposition to the motion, the Court finds and orders as follows:

1. At trial in this action, the issue of whether affirmative defense 20, settlement and release, bars Plaintiff Radical Investments, Ltd.'s first amended complaint as to Charles Z. Stein and Davidovich Stein Law Group, LLP, will take place before the trial of the issues of whether Mr. Stein and Davidovich Stein Law Group, LLP were negligent, committed fraud, or engaged in any civil conspiracy.

**IT IS SO ORDERED.**

DATED: August ___, 2022

_____
The Honorable Stephen V. Wilson
United States District Judge

2

**[PROPOSED] ORDER GRANTING MOTION TO BIFURCATE SETTLEMENT AND RELEASE**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On July 21, 2022, I served True copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION TO BIFURCATE SETTLEMENT AND RELEASE** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 21, 2022 at Woodland Hills, California.

_____
Rosa E. Rojas

# SERVICE LIST
Radical Investment Ltd v. Good Vibrations, et al.
Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>Ralph R. Longo, IV, Esq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>Maurice@Pessahgrou.com<br>Jsunshine@pessahgroup.com<br>sbenson@pessahgroup.com<br>vusov@pessahgroup.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Ronald Jay Cohen, Esq.<br>Ecf.rcohen@rprslaw.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC |
| Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |