Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br>The Hon. Stephen V. Wilson<br><br>**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST**<br><br>Trial Date: August 9, 2022<br>Time: 1:30 p.m.<br>Courtroom: 10A |

/ / /

/ / /

/ / /

/ / /

1

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST**

Defendants Charles Z. Stein, Esq. aka Charlie Stein and Davidovich Stein Law Group, LLP's Exhibit List

1. Emails - Alex Moore and Olivia Watson with drafts of sale and purchase agreement and escrow and paymaster agreement [GVE 004-GVE 025]
   Stipulation (Auth/Found/Admissibility):
   Date Identified:
   Date Admitted:

2. Emails - Moore and Watson with drafts of sale and purchase agreement and escrow and paymaster agreement [GVE 041-GVE 050]
   Stipulation (Auth/Found/Admissibility):
   Date Identified:
   Date Admitted:

3. Emails - Moore and Watson with drafts of sale and purchase agreement and escrow and paymaster agreement [GVE 051-068]
   Stipulation (Auth/Found/Admissibility):
   Date Identified:
   Date Admitted:

4. Sale and Purchase Agreement
   Stipulation (Auth/Found/Admissibility):
   Date Identified:
   Date Admitted:

5. Escrow and Paymaster Agreement, including Irrevocable Pay Order
   Stipulation (Auth/Found/Admissibility):
   Date Identified:
   Date Admitted:

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST**

6. AstraZeneca Invoice

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

7. May 27, 2021 Letter - Radical Investments, Ltd ("RIL") to Charles Stein

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

8. May 28, 2021 Letter - RIL to Stein

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

9. June 25, 2021 Letter - RIL to Jonathon M. Sutton

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

10. Termination of Escrow Agreement, Stein 0001-0003

    Stipulation (Auth/Found/Admissibility):

    Date Identified:

    Date Admitted:

11. Release Agreement, Stein 0004-0006

    Stipulation (Auth/Found/Admissibility):

    Date Identified:

    Date Admitted:

3

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST**

12. Email - Watson to Stein, Stein 0010-0011

    Stipulation (Auth/Found/Admissibility): 

    Date Identified: 

    Date Admitted: 

13. Release Agreement, Stein 0007-0009

    Stipulation (Auth/Found/Admissibility): 

    Date Identified: 

    Date Admitted: 

14. Email Stein to Moore & Moniladai Coley, Stein 0208-0209

    Stipulation (Auth/Found/Admissibility): 

    Date Identified: 

    Date Admitted: 

15. Emails - Stein and Watson, Stein 0094-0096

    Stipulation (Auth/Found/Admissibility): 

    Date Identified: 

    Date Admitted: 

16. Email Moore to Stein, Stein 00056

    Stipulation (Auth/Found/Admissibility): 

    Date Identified: 

    Date Admitted: 

17. Email Moore to Stein, Stein 0301

    Stipulation (Auth/Found/Admissibility): 

    Date Identified: 

    Date Admitted:

18. Email Moore to Stein, Stein 0302

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

19. Emails - Watson and Stein, 0091-0093

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

20. Wire transfer, Stein 0019-0020

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

21. Declaration filed 1/24/22

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

22. Email - Watson and James Scott dated April 26, 2021 with attached April 24, 2021 letter signed by James Scott [RIL-0025-0026]

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST**

23. Text Messages - Charlie Stein and Moniladai Coley [Stein 0195-0198]

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

24. What's App Messages – Stein and Moore [Stein 0191- 0193]

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

25. Emails - Stein and Leonard Pertnoy [Stein 0023]

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

26. Email – Mark Maloney to Alex Moore, 6/30/21

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

27. Email Maloney to Moore 7/3/21

   Stipulation (Auth/Found/Admissibility):

   Date Identified:

   Date Admitted:

| | |
|---|---|
| DATED: July 21, 2022 | **ZELMS ERLICH & MACK** |
| | By: _____ |
| | Rinat Klier Erlich |
| | Brian T. Smith |
| | Attorneys for Defendants |
| | CHARLES Z. STEIN, ESQ. a/k/a |
| | CHARLIE STEIN and DAVIDOVICH |
| | STEIN LAW GROUP, LLP |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On July 21, 2022, I served True copies of the following document(s) described as **DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 21, 2022 at Woodland Hills, California.

_Rosa E. Rojas_ (signature)

Rosa E. Rojas

# SERVICE LIST
Radical Investment Ltd v. Good Vibrations, et al.
Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq. gv@gvazquez.com RalphR. Longo, IV, eSq. rl@gvazquez.com Steven B. Herzberg, Esq. sh@gvazquez.com Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq. Maurice@Pessahgrou.com Jsunshine@pessahgroup.com sbenson@pessahgroup.com vusov@pessahgroup.com Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq. john@jdschwalb.com  Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Ronald Jay Cohen, Esq. Ecf.rcohen@rprslaw.com  Attorneys for Alex Moore and Good Vibrations Entertainment, LLC |
| Michael Stoller, Esq. michael.stoller@stollerlawgroup.com  Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S EXHIBIT LIST**