Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**NOTICE OF EX PARTE APPLICATON AND EX PARTE APPLICATION FOR ORDER TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT AND HEARING THEREON: AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THERETO**<br><br>**Concurrently filed with Declaration of Brian T. Smith Compendium of Exhibits Part I Compendium of Exhibits Part 2 [Proposed] Order**<br><br>*Pretrial Conference: July 25, 2022*<br>*Jury Trial:         August 9, 2022* |

1
**EX PARTE APPLICATION**

**TO ALL PARTIES TO THE ABOVE-CAPTIONED ACTION AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP (hereinafter, collectively, "the Stein Defendants" or as named) will and hereby do apply ex parte for an order allowing their motion for summary judgment to he filed and heard before the trial in this action. A copy of the motion for summary judgment and its supporting papers is presented herewith in the Compendium of Exhibits Part 1 and Compendium of Exhibits Part 2, to the Declaration of Brian T. Smith in support of this ex parte application.

This ex parte application is based on this Notice and memorandum of points and authorities, the Declaration of Brian T. Smith, the Compendium of Exhibits Part 1 and the Compendium of Exhibit Part 2, the pleadings, records and files in this action, of which this Court is requested to take judicial notice.

This ex parte application is made following the notification of all counsel of record in this case of this ex parte application, as set forth in the concurrently filed Declaration of Brian T. Smith.

DATED: July 25, 2022           **ZELMS ERLICH & MACK**

By: _/s/ B.T. Smith_____
Rinat Klier Erlich
Brian T. Smith
Attorneys for Defendants
CHARLES Z. STEIN, ESQ. a/k/a
CHARLIE STEIN and DAVIDOVICH
STEIN LAW GROUP, LLP

## 1. **EX PARTE RELIEF IS PROPER BASED ON THE IMMINENT TRIAL DATE.**

Ex parte relief generally requires urgent circumstances which support the need for the issue which is the subject of the ex parte application being ruled upon before other matters before the Court. *Mission Power Engineering Co. v. Continental Cas. Co.* (CD CA 1995) 883 F. Supp. 488, 492.

In the circumstances of the instant case, ex parte relief is necessary and proper. The procedural posture of this action is that there is a trial set for *August 9, 2022*. Defendants Charles Stein and Davidovitch Stein Law Group ("The Stein Defendants") have filed and served a motion for judgment on the pleadings as to the first amended complaint; Plaintiff has opposed it. The Court has deemed this motion submitted and at this time, not ruled upon it. [Dkt. 105]

Defendants believe the motion for judgment on the pleadings presents meritorious argument and should be granted. However, in the event that the Court declines to grant it, the Stein Defendants respectfully request that they be allowed to present their defenses in the form of a motion for summary judgment. However, with trial scheduled on August 9, 2022, there is little time for briefing and hearing on a motion for summary judgment. Thus, the Stein Defendants request that the Court hear their motion for summary judgment on August 29, 2022 and continue the August 9 trial to September 6, 2022, or a proximate date suitable to the Court's calendar. This would accommodate briefing and ruling on the motion.

2. **THE MOTION FOR SUMMARY JUDGMENT IS SUBMITTED HEREWITH.**

The motion for summary judgment has been prepared and is submitted in the compendia of exhibits filed herewith. If the Court grants this ex parte application, the undersigned counsel will file and serve it immediately, within one business day of the Court's order on this ex parte application.

Based on the foregoing, Charles Stein and Davidovich Stein Law Group, LLP respectfully request that this ex parte application be granted.

DATED: July 25, 2022                    ZELMS ERLICH & MACK

                                        By: _____
                                        Rinat Klier Erlich
                                        Brian T. Smith
                                        Attorneys for Defendants
                                        CHARLES Z. STEIN, ESQ. a/k/a
                                        CHARLIE STEIN and DAVIDOVICH
                                        STEIN LAW GROUP, LLP

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On July 25, 2022, I served True copies of the following document(s) described as **NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER ALLOWING FILING OF MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2022 at Woodland Hills, California.

Rosa E. Rojas

# SERVICE LIST
## Radical Investment Ltd v. Good Vibrations, et al.
### Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>Ralph R. Longo, IV, Esq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>Maurice@Pessahgrou.com<br>Jsunshine@pessahgroup.com<br>sbenson@pessahgroup.com<br>vusov@pessahgroup.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Ronald Jay Cohen, Esq.<br>Ecf.rcohen@rprslaw.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC |
| Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |