GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*The Hon. Stephen V. Wilson*<br><br>**PLAINTIFF RADICAL INVESTMENTS LTD.'S OPPOSITION AND OBJECTION TO STEIN DEFENDANTS'** *EX PARTE* **APPLICATION FOR ORDER TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT** |

1

PLAINTIFF RADICAL INVESTMENTS LTD.'S OPPOSITION AND OBJECTION TO STEIN DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Radical Investments LTD ("Plaintiff" or "RIL"), by and through the undersigned counsel, and files its opposition to the *Ex Parte* Application for Order to Allow Filing of Motion for Summary Judgment filed by Defendants Charles Z. Stein, Esq. and Davidovich Stein Law Group, LLC (collectively, "Defendants" or "Stein Defendants") (ECF No. 123).

### I. Defendants' Application is Moot Based on the July 25th Pretrial Conference

Plaintiff objects to the Stein Defendants' *ex parte* application on the grounds that it is moot based on Judge Wilson's comments and order at the July 25, 2022 pre-trial conference. Defendants' *ex parte* application is based on the exigency of an August 9, 2022 trial date, and the Stein Defendants' desire for their Motion for Summary Judgment to be heard prior to the same.

However, Judge Wilson ordered at the July 25, 2022 pre-trial conference that the August 9, 2022 trial date is vacated, to be re-set for a future date after the Court has an opportunity to review sworn declarations by the parties, which are due in three weeks' time. As such, the exigency claimed by the Stein Defendants no longer exists, as there is currently no trial date pending. Thus, Plaintiff opposes Defendants' *ex parte* application.

### II. There Remain Outstanding Discovery Issues Yet to Be Resolved

As of the time of the filing of this opposition and objection, the parties are set for a discovery teleconference with the assigned magistrate to this case, Judge MacKinnon, to discuss several outstanding discovery issues. Many of these discovery issues involve the Stein Defendants. Based on Plaintiff's contention that the Stein Defendants have committed several discovery violations including the improper withholding of several key documents, it would be improper to allow the filing of a motion for summary judgment, which would necessitate a response from the Plaintiff. Plaintiff is being deprived the ability to review all of the documents which are

2

PLAINTIFF RADICAL INVESTMENTS LTD.'S OPPOSITION AND OBJECTION TO STEIN DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT

discoverable in this matter and would be prejudiced if forced to respond to a motion for summary judgment prior to being heard on this issue.

  WHEREFORE, Plaintiff opposes the Stein Defendants' *ex parte* application and asks this Court to deny the Stein Defendants' *ex parte* application for the reasons set forth herein.

Dated: July 26, 2022          Respectfully Submitted,

                **VAZQUEZ & ASSOCIATES, P.A.**

                By: */s/ Gerardo A. Vazquez*
                  Gerardo A. Vazquez, Esq.
                  Ralph R. Longo IV, Esq.
                  Steven B. Herzberg, Esq.
                  Attorneys for Plaintiff,
                  RADICAL INVESTMENTS LTD.