Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>       Plaintiff,<br><br>       v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>       Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**NOTICE OF WITHDRAWL OF EX PARTE APPLICATION FOR ORDER TO ALLOW FILING OF MOTION FOR SUMMARY JUDGMENT AND HEARING THEREON** |

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THIS HONORABLE COURT AND ALL PARTIES TO THE ABOVE-CAPTIONED ACTION:**

Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP (hereinafter, collectively, "the Stein Defendants" or as named) hereby *withdraw* their ex parte application for an order allowing their motion for summary judgment to be filed and heard before the trial in this action.

This ex parte application was filed before the Court held a pre-trial conference on July 25, 2022 in the afternoon, at approximately 3:30 p.m. At said pre-trial conference, this Honorable Court vacated the trial date of August 9, 2022 which was on calendar at the time the ex parte application was filed and served. Since the trial date has been vacated, the need for ex parte relief no longer exists. The ex parte application has become moot, and on that ground, the Stein Defendants withdraw it without prejudice.

DATED: July 25, 2022

ZELMS ERLICH & MACK

By: /s/ Brian T. Smith
Rinat Klier Erlich
Brian T. Smith
Attorneys for Defendants
CHARLES Z. STEIN, ESQ. a/k/a
CHARLIE STEIN and DAVIDOVICH
STEIN LAW GROUP, LLP

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On July 26, 2022, I served True copies of the following document(s) described as **NOTICE OF WITHDRAWL OF EX PARTE APPLICATION A FOR ORDER ALLOWING FILING OF MOTION FOR SUMMARY JUDGMENT AND HEARING THEREON** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2022 at Woodland Hills, California.

_____
Rosa E. Rojas

# SERVICE LIST
Radical Investment Ltd v. Good Vibrations, et al.
Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>RalphR. Longo, IV, Esq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>Maurice@Pessahgrou.com<br>Jsunshine@pessahgroup.com<br>sbenson@pessahgroup.com<br>vusov@pessahgroup.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Ronald Jay Cohen, Esq.<br>Ecf.rcohen@rprslaw.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC |
| Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |