UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02752-SVW-AFM | Date | July 27, 2022 |
|---|---|---|---|
| Title | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gerardo A. Vazquez | John D. Schwalb |
| Ralph R. Longo, IV | Rinat Klier-Erlich |
| Steven B. Herzberg | Michael T. Stoller |
| Local Counsel: | |
| Maurice D. Pessah | |

**Proceedings:**     ZOOM - PRETRIAL CONFERENCE

    Conference held. The trial is vacated. The Court orders the parties to file the declarations of the anticipated trial testimony of the three witnesses.

    The filing of the declarations shall occur no later than August 15, 2022.

|  | : | 59 |
|---|---|---|
|  | Initials of Preparer | PMC |