UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  CV22-02752-SVW-(AFMx)                                              Date: July 27, 2022

Title     RADICAL INVESTMENTS LTD v. GOOD VIBRATIONS ENTERTAINMENT LLC., ET AL.

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

|     Ilene Bernal     |     Recorded on XTR     |
|     Deputy Clerk     |     Recorder            |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Gerardo A. Vazquez                       Brian T. Smith
Maurice D. Pessah
Ralph R. Longo, IV
Summer Benson

**Proceedings:  TELEPHONIC CONFERENCE RE DISCOVERY**

    A Telephonic conference re discovery matters was held. On or before August 10, 2022, the parties shall file a joint report advising the court of the status of the privilege issues.

                                                                                         :24
                                                                  **Initials of Preparer**    ib