Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP,PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

John D. Schwalb
**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, <br><br> Plaintiff, <br><br> vs. <br><br> GOOD VIBRATIONS ENTERTAINMENT LLC, et al. <br><br> Defendants. | No. 2:22-cv-02752-SVW-AFM |

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Comes now the Defendant's Good Vibrations Entertainment, LLC and Alex Lee Moore, Jr., as well as, the John D. Schwalb, and in response to the Motion to Compel and those matters set forth in the Chambers Order (Docket Entry 133) would state as follows:

1. **Status Of Responses to Requests for Production**.

Many if not most of the documents requested have already been produced with a few exceptions, namely, the WhatsApp messages and emails between Jonathon Sutton and Mr. Moore. Notwithstanding this, formal responses will be forthcoming, Defendants would request 15 days to complete those.

Counsel did receive WhatsApp messages but those that were received by the undersigned counsel make very little sense. They were forwarded from emails but do not contain the date, time or participate nor are they in a manner or layout that they would if such were in the actual application or exported directly from the application. A technician is supposed to extract those this week since the method that was suggested by Plaintiff's counsel does not work. It is anticipated that those will be available by early to middle of next week.

The requests also include a number of items which are already in Plaintiff's possession such as emails and WhatsApp messages between these defendants (essentially Alex Moore) and Radical Investments. Presumably they should already have such documents or communications. This is also true of duplicative requests of communications between Stein and these defendants since Stein has already produced such documents although he may have been unable to produce all WhatsApp messages.

The requests also include documents that likely fall under attorney-client privilege such as the request for any communication between these Defendants and Jonathan Sutton, Esq. who was the attorney representing these Defendants in connection with demands that were made by Radical's then attorney Leonard Pertnoy.

Radical even requested communication between their attorney, Mr. Pertnoy and Moore. One would expect that Radical already has such documents since all emails that have been produced by any party in which Pertnoy was the sender, and in most cases the recipient, were also sent to Olivia Watson or Mark Maloney with Radical.

Radical also requested comprehensive bank records from the Defendants as well as other entities not parties to this action, which while likely irrelevant and not likely calculated to lead to the discovery of admissible material have already been subpeonaed

directly from the banks to Radical's attorneys.[1]

2. **Failure to Participate in the Joint Stipulation Process**.

The failure to respond or participate in the joint stipulation process, is entirely the oversight of the undersigned counsel. I overlooked the matter which came at the same time everyone was getting ready for a pretrial conference and there were multiple filings of jury instructions and verdict forms by the parties. In addition, the email was only the third I had received from Summer Benson. The previous two dealt with requests to the Court for a telephone conference on a discovery dispute between Radical and DSLaw Group and Stein. Counsel mistakenly overlooked the email.

3. **Conclusion**.

Accordingly, Defendants requests 15 days to formal respond to the requests for production of documents.

Respectfully submitted,

_____
John D. Schwalb

**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
(615) 794-6333
john@jdschwalb.com

---

[1] Those records include not only the Defendants' bank accounts but the accounts of some of his family members as well as other companies which Mr. Moore either owns or is affiliated with. Defendants were provided with notice that Plaintiff intended to subpoena the documents but not with notice that they had actually issued or served such subpoenas

/s/ Michael T. Stoller
Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP, PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served via electronic mail upon the following:

GERARDO A. VAZQUEZ
gv@gvazquez.com
RALPH R. LONGO, IV
rl@gvazquez.com
STEVEN B. HERZBERG
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131

MAURICE D. PESSAH
maurice@pessahgroup.com
SUMMER E. BENSON
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
661 N. Harper Ave., Suite 208
Los Angeles, CA 90048


Rinat Klier-Erlich
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367

and was served upon the following entities or persons via first class mail:

Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent
7182 Edgewood Drive
Highlands Ranch, CO, 80130

Moniladae Coley
6625 Reseda Blvd.
Reseda, CA 91335

on this 16th day of August 2022.

_____
John D. Schwalb