Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>Hon. Stephen V.Wilson, Crtrm 10A<br><br>**STIPULATION RE PUNITIVE DAMAGES CLAIMS AGAINST CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.**<br><br>**Concurrently filed:**<br>**[Proposed] Order**<br>**Declaration Of Brian T. Smith In Support Of Stipulation Re Punitive Damages Claims Against Charles Z. Stein And Davidovich Stein Law Group, Llp** |

/ / /

/ / /

/ / /

1

**STIPULATION RE PUNITIVE DAMAGES CLAIMS AGAINST CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.**

WHEREAS the first amended complaint of plaintiff Radical Investments, Ltd. ("RIL") in this action seeks an award of punitive damages from defendant Charlies Z. Stein and Davidovich Stein Law Group, LLP (hereinafter, collectively, "the Stein Defendants") in connection with causes of action for fraud.

WHEREAS the Stein Defendants filed a motion to bifurcate punitive damages claims. [Dkt. 111] The Court thereafter issued a scheduling order which provides that said motion is reset for hearing on October 3, 2022. [Dkt. 160]

WHEREAS RIL has also filed a motion for leave to file amended complaint in this action. [Dkt. 121]. This Court has issued a scheduling order which provides that the hearing on RIL's motion for leave to file amended complaint is continued to October 3, 2022. [Dkt. 159] The motion for leave includes as an exhibit thereto a proposed second amended complaint ("SAC") The proposed SAC also seeks an award of punitive damages from the Stein Defendants in connection with causes of action for fraud alleged in said proposed complaint.

WHEREAS the Stein Defendants and RIL have meet and conferred on the issue of punitive damages in this action and the Stein Defendants' motion to bifurcate punitive damages. Based on said meet and confer efforts, RIL has agreed to withdraw its claims for punitive damages as to the Stein Defendants and agrees that it will not pursue punitive damages from the Stein Defendants in this action, by any legal theory whatsoever. Said agreement applies to the FAC, the new SAC, in the event that the Court grants RIL leave to file the SAC, and any other amended pleading which RIL may file in this action.

WHEREAS in light of the above-referenced agreement between the Stein Defendants and RIL, the Stein Defendants motion to bifurcate punitive damages shall become moot upon the Court entering the proposed order filed with this stipulation. The Stein Defendants and RIL will not seek recovery of attorney's fees, if any, from each other regarding the motion to bifurcate punitive damages claims.

/ / /

ACCORDINGLY, the Stein Defendants and RIL, by and through their attorneys of record agree and stipulate as follows:

1. RIL hereby withdraws its claims for punitive damages as to the Stein Defendants in this action.

2. RIL furthermore agrees that it will not pursue punitive damages from the Stein Defendants in this action, by any legal theory whatsoever. Said agreement applies to the FAC, the new SAC, in the event that the Court grants RIL leave to file the SAC, and any other amended pleading which RIL may file in this action.

3. To the extent that the FAC, the SAC, or any other amended pleading filed by RIL in this action seeks punitive damages from the Stein Defendants, said claims for punitive damages are deemed stricken.

4. Upon the Court entering the proposed order filed with this stipulation, the Stein Defendants' motion to bifurcate punitive damages claims shall be moot.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. The Stein Defendants and RIL will not seek recovery of attorney's fees, if any, from each other regarding the motion to bifurcate punitive damages claims.

DATED:  September 15, 2022   **ZELMS ERLICH & MACK**

By: _____/s/ Brian T. Smith_____
Rinat Klier Erlich
Brian T. Smith
Attorneys for Defendants
CHARLES Z. STEIN, ESQ. a/k/a
CHARLIE STEIN and DAVIDOVICH
STEIN LAW GROUP, LLP

DATED:  September 15, 2022   **VASQUEZ & ASSOCIATES**

By: _____/s/ Ralph R. Longo, IV_____
Gerardo Vazuqez
Ralph R. Longo, IV
Attorneys for Plaintiff
RADICAL INVESTMENTS, LTD.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On September 15, 2022, I served True copies of the following document(s) described as **STIPULATION RE PUNITIVE DAMAGES CLAIMS AGAINST CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.** on all the interested parties in this action.

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2022 at Woodland Hills, California.

_____
Rosa E. Rojas