**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02752-SVW-AFMx                           Date: September 16, 2022

Title   Radical Investments, Ltd. v. Good Vibrations Entertainment LLC, et al.

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   Order Awarding Attorneys' Fees to Plaintiff**

  In its August 25, 2022 order (ECF No. 162), the Court granted Plaintiff's motions to compel against Defendants Alex Lee Moore and Good Vibrations Entertainment LLC.  The Court also ruled that Plaintiff was entitled to payment of its reasonable attorneys' fees incurred in connection with the successful motions to compel.  Plaintiff subsequently filed declarations of counsel setting out the amount of attorneys' fees that it had incurred in connection with the motions to compel.  (ECF Nos. 170, 171.)  Defendants Alex Lee Moore and Good Vibrations Entertainment LLC were given the opportunity to oppose the requested amount of attorneys' fees -- with any such opposition to be filed on or before September 14, 2022.  (ECF No. 172.)  That due date has passed, and no opposition has been filed by Defendants.

  After a review of the declarations of counsel, the Court finds that the hourly rates charged by Plaintiff's counsel for their work are reasonable, but that the total fees set out in the declarations ($13,967) are somewhat higher than reasonable in light of the nature of motions to compel and the minimal opposition to the substance of the motions.  It is also noted that counsel for two firms were involved in the preparation and filing of Plaintiff's motions, which may lead to some inefficiencies and duplication of effort.  As a result, the Court rules that the total attorneys' fees to be awarded to Plaintiff shall by reduced by 20% for a revised total of $11,174 in reasonable attorneys' fees.  The Court further rules that this amount shall be divided 50/50 between the two Defendants, since separate motions were successfully brought against each Defendant.

  Accordingly, pursuant to Fed. R. Civ. P. 37(a)(5)(A), Defendant Alex Lee Moore is ordered to pay Plaintiff the amount of $5,587, and Good Vibrations Entertainment LLC is ordered to pay Plaintiff the amount of $5587 for Plaintiff's reasonable attorneys' fees in connection with its

---

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02752-SVW-AFMx                                                    Date: September 16, 2022

Title       Radical Investments, Ltd. v. Good Vibrations Entertainment LLC, et al.

successful motions to compel. The amounts ordered herein shall be paid on or before September 30, 2022.

    IT IS SO ORDERED.

                                                                                                        :

**Initials of Preparer**      ib