GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*Assigned to the Honorable Stephen V. Wilson*<br><br>**REQUEST FOR REMOTE APPEARANCE BY OUT-OF-STATE COUNSEL FOR PLAINTIFF RADICAL INVESTMENTS LTD. RE: MOTIONS TO BIFURCATE**<br><br>Date:       October 3, 2022<br>Time:       1:30 p.m.<br>Courtroom: 10A |

1

REQUEST FOR REMOTE APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that out-of-state counsel for Plaintiff Radical Investments Ltd. ("Plaintiff") hereby respectfully requests leave of this Court to appear remotely via Zoom for the hearing on Defendants Davidovich Stein Law Group, LLP and Charles Z. Stein, Esq.'s (collectively, "Defendants") Motions to Bifurcate (ECF Nos. 110, 111) on October 3, 2022, at 1:30 p.m. Counsel for Plaintiff is located in Florida; however, local counsel in Los Angeles is available to appear in-person should the Court so require.

             Respectfully submitted,

Dated: September 21, 2022     **VAZQUEZ & ASSOCIATES, P.A.**

           By: */s/ Ralph R. Longo*
             Gerardo A. Vazquez, Esq.
             Ralph R. Longo IV, Esq.
             Steven B. Herzberg, Esq.
             Attorneys for Plaintiff,
             RADICAL INVESTMENTS LTD.