# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>　　　　Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**ORDER ON STIPULATION RE PUNITIVE DAMAGES CLAIMS AGAINST CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP**<br><br>Concurrently filed with Stipulation re Punitive Damages Claims Against Charles Z. Stein and Davidovich Stein Law Group, LLP and Declaration of Brian Smith in Support thereof |

/ / /

/ / /

/ / /

/ / /

---

1

**[PROPOSED] ORDER**

# ORDER

The Court, having reviewed the stipulation of plaintiff Radical Investments, Ltd. ("RIL" and defendants Charles Z. Stein and Davidovich Stein Law Group, LLP (hereinafter, collectively, "the Stein Defendants" and for good cause set forth therein, finds and orders as follows:

1. Based on the agreement of RIL and the Stein Defendants, RIL has withdrawn its claims for punitive damages as to the Stein Defendants in this action.

2. RIL shall not pursue punitive damages from the Stein Defendants in this action, by any legal theory whatsoever. Said prohibition applies to the FAC, the new SAC, in the event that the Court grants RIL leave to file the SAC, or any other amended pleading which RIL may file in this action.

3. To the extent that the FAC, the SAC, or any other amended pleading filed by RIL in this action seeks punitive damages from the Stein Defendants, said claims for punitive damages are deemed stricken.

4. The Stein Defendants' motion to bifurcate punitive damages claims is moot and taken off-calendar.

5. The Stein Defendants and RIL shall not seek recovery of attorney's fees, if any, from each other regarding the motion to bifurcate punitive damages claims.

**IT IS SO ORDERED.**

DATED: September 21, 2022

_____
The Hon. Stephen V. Wilson
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On September 15, 2022, I served True copies of the following document(s) described as **[PROPOSED] ORDER ON STIPULATION RE PUNITIVE DAMAGES CLAIMS AGAINST CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP** on all the interested parties in this action.

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2022 at Woodland Hills, California.

Rosa E. Rojas