# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Radical Investments Ltd., <br><br> Plaintiff(s) <br> v. <br><br> Good Vibrations Entertainment LLC et al, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:22-cv-02752-SVW-AFM <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Alexander F. MacKinnon. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge: Alexander F. MacKinnon

Date/Time: September 30, 2022 at 10:00 AM

Courtroom: 780

Dated: September 27, 2022                    By: E. Carson
                                                  Deputy Clerk