Case: 2:22cv2752   Doc: 177

Moniladae  Coley
6625 Reseda Boulevard
Reseda, CA 91335



FILED
CLERK, U.S. DISTRICT COURT

SEP 27 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<34589737@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02752-SVW-AFM Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/16/2022 at 3:19 PM PDT and filed on 9/16/2022

| | |
|---|---|
| **Case Name:** | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al |
| **Case Number:** | 2:22-cv-02752-SVW-AFM |
| **Filer:** | |
| **Document Number:** | 177 |

**Docket Text:**
MINUTE ORDER (In Chambers): Order Awarding Attorneys' Fees to Plaintiff by Magistrate Judge Alexander F. MacKinnon: Accordingly, pursuant to Fed. R. Civ. P. 37(a)(5)(A), Defendant Alex Lee Moore is ordered to pay Plaintiff the amount of $5,587, and Good Vibrations Entertainment LLC is ordered to pay Plaintiff the amount of $5587 for Plaintiff's reasonable attorneys' fees in connection with its successful motions to compel. The amounts ordered herein shall be paid on or before September 30, 2022. re: Declaration [170], Minutes of In Chambers Order [172], Order on Motion to Compel, [162], Declaration [171]. [See Order for further details.] (es)

**2:22-cv-02752-SVW-AFM Notice has been electronically mailed to:**
Ronald Jay Cohen     ecf.rcohen@rprslaw.com
Summer Elizabeth Benson     sbenson@pessahgroup.com
Maurice David Pessah     vusov@pessahgroup.com, jsunshine@pessahgroup.com, sbenson@pessahgroup.com, maurice@pessahgroup.com
Ralph R. Longo     rl@gvazquez.com
Gerardo A. Vazquez     gv@gvazquez.com
Rinat Klier-Erlich     rrojas@zelmserlich.com, rerlich@zelmserlich.com, acooper@zelmserlich.com
Brian Thomas Smith     bsmith@zelmserlich.com, rkm@manningllp.com
Steven B. Herzberg     sh@gvazquez.com
Sharon Ben-Shahar Mayer     dlb@birdmarella.com, docket@birdmarella.com, dbeatty@birdmarella.com, sbs@birdmarella.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:22-cv-02752-SVW-AFMx                                    Date: September 16, 2022

Title     Radical Investments, Ltd. v. Good Vibrations Entertainment LLC, et al.

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Awarding Attorneys' Fees to Plaintiff**

In its August 25, 2022 order (ECF No. 162), the Court granted Plaintiff's motions to compel against Defendants Alex Lee Moore and Good Vibrations Entertainment LLC. The Court also ruled that Plaintiff was entitled to payment of its reasonable attorneys' fees incurred in connection with the successful motions to compel. Plaintiff subsequently filed declarations of counsel setting out the amount of attorneys' fees that it had incurred in connection with the motions to compel. (ECF Nos. 170, 171.) Defendants Alex Lee Moore and Good Vibrations Entertainment LLC were given the opportunity to oppose the requested amount of attorneys' fees -- with any such opposition to be filed on or before September 14, 2022. (ECF No. 172.) That due date has passed, and no opposition has been filed by Defendants.

After a review of the declarations of counsel, the Court finds that the hourly rates charged by Plaintiff's counsel for their work are reasonable, but that the total fees set out in the declarations ($13,967) are somewhat higher than reasonable in light of the nature of motions to compel and the minimal opposition to the substance of the motions. It is also noted that counsel for two firms were involved in the preparation and filing of Plaintiff's motions, which may lead to some inefficiencies and duplication of effort. As a result, the Court rules that the total attorneys' fees to be awarded to Plaintiff shall by reduced by 20% for a revised total of $11,174 in reasonable attorneys' fees. The Court further rules that this amount shall be divided 50/50 between the two Defendants, since separate motions were successfully brought against each Defendant.

Accordingly, pursuant to Fed. R. Civ. P. 37(a)(5)(A), Defendant Alex Lee Moore is ordered to pay Plaintiff the amount of $5,587, and Good Vibrations Entertainment LLC is ordered to pay Plaintiff the amount of $5587 for Plaintiff's reasonable attorneys' fees in connection with its

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02752-SVW-AFMx                             Date: September 16, 2022

Title      Radical Investments, Ltd. v. Good Vibrations Entertainment LLC, et al.

successful motions to compel. The amounts ordered herein shall be paid on or before September 30, 2022.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |

<0>
<0>



**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST
09/20/2022
US POSTAGE $

NIXIE  910  4C  1  7209/25/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299    2347N268151-01151

UTF

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Case 2:22-cv-02752-SVW-AFM   Document 184   Filed 09/27/22   Page 5 of 5   Page ID #:1653