UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No   CV  22-02752-SVW-(AFMx)                           Date: September 30, 2022

Title        Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al

Present:  The Honorable:     ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

|  Ilene Bernal  |  Recorded on XTR  |
| --- | --- |
| Deputy Clerk | Recorder |

Attorneys Present for Petitioner          Attorneys Present for Respondent:

Gerardo Vazquez                                    Brian Smith
for Charles Stein and
Davidovich Stein Law Group, LLP

John Schwalb
for Good Vibrations Entertainment, LLC
and Alex Moore

**Proceedings:  HRG: TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE**

Telephone conference held re discovery dispute.

|  | : 18 |
| --- | --- |
| **Initials of Preparer** | ib |