Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP, PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

John D. Schwalb
**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GOOD VIBRATIONS ENTERTAINMENT LLC, et al. | ) ) ) |
| Defendants. | ) |

No. 2:22-cv-02752-SVW-AFM

RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS (CIVIL CONTEMPT)

Comes now the Defendant's Good Vibrations Entertainment, LLC and Alex Lee Moore, Jr., and in response to the Motion for Sanctions would state that Moore and GVE are currently unable to comply with the monetary sanctions.

Moore and essentially GVE have had a number of financial problems defending this matter. In addition to being indebted for the monetary sanctions, he is also indebted to both local counsel and lead counsel in a combined amount significantly greater than the amounts set forth in the Court's sanction order.

While it was hopeful the sanction judgment would be paid, it has not nor it is known

when funds will be available to pay either the sanctions or counsel.  Local counsel has considered filing an application to withdraw as has lead counsel.

While Plaintiff now seeks an order holding Moore and GVE in contempt for failing to pay the sanctions, such ignores the fact that the sanction was imposed for failing to respond timely to discovery as opposed to failing to comply with a discovery order.  Plaintiff does not assert that Moore and GVE failed to comply with the order compelling responses to discovery.  To the contrary the discovery has been provided.

Defendants submit that while a finding of civil contempt might be appropriate had they not responded to the discovery compelled by the Court which is "a discovery order" under Rule 37. The same is not true of an order for sanctions, which while flowing from a discovery order is not a discovery order but a monetary penalty order or judgment which becomes final at the conclusion of this litigation.

Accordingly, the motion should be denied.[1]

Respectfully submitted,

_____
John D. Schwalb

**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
(615) 794-6333
john@jdschwalb.com

---

[1] Counsel does not intend to imply that Defendants should not have to pay the sanction award.  Just that Defendants should not be required to pay such an award when they are unable to do so or prior to the final judgment in this matter.  Had the Court declared the judgment final, Plaintiff would presumbly be able to collect its judgment just as any other that it seeks in this matter, assuming that it prevails.

/s/ Michael T. Stoller
Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP, PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

### CERTIFICATE OF SERVICE

I certify that the foregoing has been served via the electronic filing system of the Central District of California all counsel or record including the following:

GERARDO A. VAZQUEZ
gv@gvazquez.com
RALPH R. LONGO, IV
rl@gvazquez.com
STEVEN B. HERZBERG
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131

MAURICE D. PESSAH
maurice@pessahgroup.com
SUMMER E. BENSON
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
661 N. Harper Ave., Suite 208
Los Angeles, CA 90048

Rinat Klier-Erlich
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367

and was served upon the following entities or persons via first class mail:

1 | Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent
2 | 7182 Edgewood Drive
Highlands Ranch, CO, 80130

3

Moniladae Coley
4 | 6625 Reseda Blvd.
Reseda, CA 91335

5

6 | on this 19th day of October 2022.

7

8 | _____
John D. Schwalb