# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-02752-SVW-AFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WARNER NORCROSS + JUDD LLP AND JAMES L. SCOTT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:   November 21, 2022<br>Time:  1:30 p.m.<br>Crtrm.: 10A<br><br>Assigned to Hon. Stephen V. Wilson, Courtroom 10A |

3827207.1

[PROPOSED] ORDER

Having read and considered Specially Appearing Defendants Warner Norcross + Judd LLP and James L. Scott's Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction, good cause appearing therefore, IT IS HEREBY ORDERED that …

**IT IS SO ORDERED**.

DATED:

_____
Hon. Stephen V. Wilson
United States District Court Judge