# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**[PROPOSED] ORDER GRANTING THE STEIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   NOVEMBER 21, 2022<br>TIME:   1:30 p.m.<br>CRTRM:  10A |

/ / /

/ / /

/ / /

/ / /

1   WHEREAS the motion for summary judgment of Defendants Charles Z.
2   Stein and Davidovich Stein Law Group, LLP, was called for hearing before this
3   Honorable Court on November 21, 2022 at 1:30 p.m., or as soon thereafter as the
4   matter could be heard, in Courtroom 10A of the above-entitled Court, the Honorable
5   Stephen V. Wilson, presiding.
6       Brian T. Smith of Zelms, Erlich & Mack, appeared on behalf of Defendants
7   Charles Z. Stein and Davidovich Stein Law Group, LLP (hereinafter, collectively,
8   "the Stein Defendants"). Gerardo Vazquez and Ralph Longo of Vazquez &
9   Associates appeared on behalf of plaintiff Radical Investments, Ltd. ("RIL") The
10  Court had reviewed the Motion for Summary Judgment, the Separate Statement, the
11  Declaration of Charles Z. Stein and the Declaration of Brian T. Smith in support
12  thereto, as well as the reply brief in support of the motion. The Court had,
13  furthermore, reviewed the opposition brief filed by RIL and all papers filed by RIL
14  with respect to its opposition to said motion.
15      After hearing oral argument of counsel in support of the motion and in
16  opposition to it, the Court finds and orders as follows:
17      1. Waiver and Estoppel: The Stein Defendants are entitled to summary
18          judgment on the affirmative defenses of estoppel (tenth affirmative
19          defense), waiver and estoppel (nineteenth affirmative defense), settlement
20          and release (twentieth affirmative defense) and waiver (twenty-first)
21          affirmative defense) in their answer [Dkt. 202], as to all counts against
22          them in the SAC. The irrevocable pay order was relied on, and the
23          settlement agreement and mutual release entered into between RIL and
24          Charles Stein bars this lawsuit in its entirety as to the Stein Defendants.
25          The above-referenced affirmative defenses are a complete defense to the
26          entire SAC.
27  / / /
28  / / /

2. **Release**: The Stein Defendants are entitled to summary judgment on count thirty, breach of contract and release, since they performed the terms of the release agreement, and thus, their second affirmative defense, All Obligations Performed, bars this cause of action.

3. **Hold Harmless**: Plaintiff agreed to hold the Stein Defendants harmless from this lawsuit. This is a complete defense to the allegations of negligence, i.e. count thirty-eight, negligence as to Charles Stein and count thirty-nine, negligence as to DS Law Group.

4. **No Duty**: No Duty was owed to plaintiff RIL on the claims alleged. The Stein Defendants' affirmative defenses of Authorization (sixth affirmative defense) and Satisfaction of the Standard of Care (twenty-second affirmative defense) are a complete defense to count four, civil conspiracy; count twelve, fraud as to Stein; count thirteen, fraud as to DS Law Group; county thirty, breach of contract and release; and count thirty-eight, negligence as to Stein; and count thirty-nine, negligence as to DS Law Group.

5. **No Causation**: The Stein Defendants' affirmative defense of No Causation (twenty-fourth affirmative defense) is also a complete defense to count twelve, fraud as to Charles Stein; count thirteen, fraud as to DS Law Group; count thirty-eight, negligence as to Charles Stein; and count thirty-nine negligence as to DS Law Group.

6. **Assumption of Risk**: The Stein Defendants' affirmative defense of assumption of risk (fourth affirmative defense) is a complete defense to the entire SAC.

7. **No Conspiracy**: The Stein Defendants' affirmative defense of Failure to State a Cause of Action (first affirmative defense) is a complete defense to count three, civil conspiracy.

/ / /

8. The Second Amended Complaint of Plaintiff Radical Investments, Ltd. is barred in its entirety as to the Stein Defendants. There is no genuine issue of material fact on the second amended complaint as to the counts against the Stein Defendants, and judgment should be entered as a matter of law in favor these defendants on the second amended complaint.

IT IS THEREFORE ORDERED that the motion for summary judgment of Charles Z. Stein and Davidovich Stein Law Group, LLP is granted. Judgment will be entered in favor of these defendants and against plaintiff Radical Investments, Ltd. by a separate document to be filed.

**IT IS SO ORDERED.**

DATED: _____, 2022    _____
　　　　　　　　　　　　　　　　　The Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　United States District Judge

**[PROPOSED] ORDER GRANTING THE STEIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On October 31, 2022, I served True copies of the following document(s) described as **[PROPOSED] ORDER GRANTING THE STEIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Zelms Erlich & Mack for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Woodland Hills, California – to Prestige Pegasus, LLC and Moniladae Coley ONLY.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2022 at Woodland Hills, California.

_____
Rosa E. Rojas

# SERVICE LIST
### Radical Investment Ltd v. Good Vibrations, et al.
### Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>Ralph R. Longo, IV, Esq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>Maurice@Pessahgrou.com<br>Jsunshine@pessahgroup.com<br>sbenson@pessahgroup.com<br>vusov@pessahgroup.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Mark Drook, Esq.<br>mdrooks@birdmarella.com<br>Sharon Ben Shahar Mayer, Esq.<br>smayer@birdmarella.com<br><br>Attorneys for James Scott and Warner, Norcross + Judd |
| Prestige Pegasus, LLC<br>5526 Reseda Blvd.<br>Reseda, CA 91335<br><br>IN PRO PER | Moniladae Coley<br>5526 Reseda Blvd.<br>Reseda, CA 91335<br><br>IN PRO PER |
| Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |

**[PROPOSED] ORDER GRANTING THE STEIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**