# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-02752-SVW-AFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WARNER NORCROSS + JUDD LLP'S AND JAMES L. SCOTT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: November 21, 2022<br>Time: 1:30 p.m.<br>Crtrm.: 10A<br><br>Assigned to Hon. Stephen V. Wilson, Courtroom 10A |

3827207.1

1    Specially Appearing Defendants Warner Norcross + Judd LLP's ("WNJ") and
2 James L. Scott's ("Scott") Notice of Motion and Motion to Dismiss Plaintiff's
3 Second Amended Complaint ("Motion") came on regularly for hearing before the
4 Honorable Stephen V. Wilson, presiding, in the above-captioned Court.  The
5 parties' appearances are noted in the Court's records.
6    Having fully considered all papers filed in this matter, the oral arguments of
7 counsel and good cause appearing therefore, the Court hereby GRANTS the Motion.
8 The Second Amended Complaint is hereby dismissed with prejudice as to Specially
9 Appearing Defendants WNJ and Scott [based on the Court's lack of personal
10 jurisdiction over WNJ and Scott].

12    **IT IS SO ORDERED**.

14 DATED:

_____
Hon. Stephen V. Wilson
United States District Court Judge