GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>**DECLARATION OF RALPH R. LONGO IV IN SUPPORT OF PLAINTIFF RADICAL INVESTMENTS LTD.'S OPPOSITION TO DEFENDANTS WARNER NORCROSS + JUDD LLP'S AND JAMES L. SCOTT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Opposition]<br><br>Date:　　　November 21, 2022<br>Time:　　　1:30pm<br>Courtroom:　10A |

1

## DECLARATION OF RALPH R. LONGO IV

I, Ralph R. Longo IV, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court on this matter. I am an attorney at Vazquez & Associates P.A., counsel of record for Plaintiff Radical Investments, Ltd. ("Plaintiff" or "RIL"). The matters set forth in this declaration are within my personal knowledge and, if called to do so, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiff's Opposition to Defendants Warner, Norcross + Judd's ("WNJ") and James L. Scott's ("Scott") (collectively, "WNJ Defendants") Motion to Dismiss Plaintiff's Second Amended Complaint.

3. Attached hereto as **Exhibit 1** is a composite exhibit of the documents upon which Scott relied on in drafting his opinion letter. Scott testified at his deposition on July 19, 2022 that he received these documents from Defendant Alex Lee Moore, Jr. ("Moore"). They were produced to Plaintiff in advance of said deposition.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a draft opinion letter by Ms. Olivia Watson, counsel for Plaintiff, produced by WNJ at the deposition of Scott on July 19, 2022. This document was retained as a business record by Plaintiff with respect to the subject transaction and was produced by Plaintiff, and others parties to this case, during the pendency of this lawsuit.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of November, 2022 at Miami, Florida.

        */s/ Ralph R. Longo IV*
        Ralph R. Longo IV, Declarant

# EXHIBIT 1



A LIMITED LIABILITY
PARTNERSHIP

6442 COLDWATER CANYON AVE.
SUITE 209
NORTH HOLLYWOOD, CA 91606

818 661-2420 · PHONE
818 301-5131 · FAX

WWW.DAVIDOVICHLAW.COM

AUTHOR'S EMAIL:
CHARLIE@DAVIDOVICHLAW.COM

January 27, 2021

ASTRA ZENECA PURCHASER

Re:   *Good Vibrations – Astra Zeneca*

To Whom It May Concern:

My firm has been retained to assist Good Vibrations Entertainment LLC with representation regarding the distribution of Astra Zeneca products. I can hereby confirm, based on evidence presented to me, that Good Vibrations Entertainment LLC ("GVE") has been involved in the medical supply and distribution business and has negotiated contracts for the right to sell Astra Zeneca products through its distribution channel for governments only. GVE has presented me with, among other things, contracts, irrevocable purchase orders, and letters of attestation from its distribution contacts supporting its involvement in this field.

This Letter is for the use of this transaction and may not be used for any other transaction for purpose of proof of funds for any other transaction.

Should you have any questions concerning the above, please do not hesitate to contact me.

Very truly yours,

**DAVIDOVICH STEIN LAW GROUP**

CHARLIE Z. STEIN

# TIBACTERIA INTERNATIONAL CO. PTE. LTD.

File No: ABI/20210202-1
February 2nd, 2021

# Strategic Partnership Agreement

Party A: Antibacteria International Co. PTE. Ltd
Legal Representative: Wey, Yi-Hao
Address: 6A SHENTON WAY #01-01 SINGAPORE (068815)

Party B: Guoyu Holding Limited
Legal Representative: SUI RUI, Alex
Address: Room 1302, 13/F, Cheong K Building 84-86 Des Voeux Road Central, Hong Kong

Antibacteria International Co. PTE. Ltd (ABI) is a legal enterprise registered in Singapore, mainly engaged in medical and health projects, including the advanced R&D, manufacturing, and distribution of the antibacterial solutions on textiles, water filters, air filters, medical appliances, plastics, cleaning lotion etc. ABI is an authorized global agent of Sinopharm Holding Changsha Hi-tech Medicine Co., Ltd (China National Pharmaceutical Group) for Covid-19 vaccine products.

Guoyu Holding Limited (GHL), is a legal enterprise registered in the Hong Kong, a large comprehensive international trade company under the supervision of the China State-owned Assets Supervision and Administration Commission of the State Council. Headquartered in Beijing China, GHL has branches or representative offices in Shanghai, Shenzhen, Qingdao, Xinjiang Yining, Hong Kong, Los Angeles and Toronto. Based on the channels and relationships of government resources and core partners, GHL is operating Global Purchase and Supply Platform (GPSP), through which the Covid-19 vaccine products as well as the PPE commodities can be supplied globally and professionally.

Party A Party B are happy to enter a strategic partnership, and Party A authorized Party B to promote in worldwide the COVID vaccines, test kits, syringes, vaccination shelters, and other COVID related products Party A supplies ("Collaborations").

ABI and GHL will abide by the laws and regulations, and jointly promote the Collaborations globally to combat the pandemic.

-----------------------------------------------------------------------------------------------------
The end

    6A SHENTON WAY, #01-01, SINGAPORE (068815)    

 # TIBACTERIA INTERNATIONAL CO. PTE. LTD.

**Party A**
Signature (seal) of representative:



Name: Song Yu
Title: CEO
Company: Antibacteria International Co. PTE. Ltd

**Party B**
Signature (seal) of representative:



Name: SUI RUI, Alex
Title: Managing Director
Company: Guoyu Holding Limited

This Agreement shall become effective as of the date of signing and shall continue in effect for a period of Three years from the date of signing.

There is no text below.

 6A SHENTON WAY, #01-01, SINGAPORE (068815) 



# Certificate

We the undersigned Sinopharm Holding Changsha Hi-tech Medicine Co., Ltd. A company duly organized and existing under the laws of the People's Republic of China, do hereby grant an authorization to:



**Antibacteria International Co. Pte. Ltd.**

Antibacterial International Co. Pte. Ltd. with its address 6A Shenton Way #01-01 Singapore, as our agent to promote and distribute Sinopharm's Inactivated SARS-CoV-2 vaccine (Vero cells) globally.

Effective Date: Oct 1st, 2021



Sinopharm Holding
Changsha Hi-tech Medicine Co., Ltd.
1st Floor, R&D Building, Hunan Fengyu Medical Industrial Park, No. 72, Nantang Road, High-tech Development Zone, Changsha City, Hunan Province, China
Signature (seal) of representative:





**Guoyu Holding Group**
国瑜控股集团

Address: Room 1302, 13/F, Cheong K Building
84-86 Des Voeux Road Central, Hong Kong
Email Address:   office@guoyucn.com
Telephone: +852 34604012/+86 10 85306311

Date:   February 15th, 2021
FROM: GUOYU HOLDING LIMITED
TO:    PROTECTI GLOBAL HOLDING LTD

# LETTER OF AUTHORIZATION

I, SUI RUI, Alex on behalf of my company GUOYU HOLDING LIMITED confirm and attest that we authorize PROTECTI GLOBAL HOLDING LTD to act as our mandate to promote and distribute the Inactivated SARS-CoV-2 vaccine (Vero Cell), test kits, syringes, vaccination shelters, and other COVID related medical products we supply globally.

This mandate assignment takes effect until May 15th, 2021. Further extension is required and will be granted to mandate company with satisfactory performance.

Please do not hesitate to contact the undersigned, should you have any further queries.

Sincerely,



**Mr. SUI RUI, Alex**
Managing Director
Email: alex@guoyucn.com
GUOYU HOLDING LIMITED
Room 1302, 13/F, Cheong K Building 84-86 Des Voeux Road Central, Hong Kong

1 / 1





# Ministry of Health and Wellness

FRANK WALCOTT BUILDING
CULLODEN ROAD, ST. MICHAEL
**BARBADOS**

GOVERNMENT OF BARBADOS

*In Replying, the Reference Number and Date of this Letter should be quoted*

**Telephone:** 536-3806
536-3802
**Email:** pshealth@health.gov.bb

April 6, 2021                                                                       Ref. No.: REF. No: 22K Vol.1

**TO:** AstraZeneca

**C/O:** Distributor/Allocation Holder

**Via:** United Products and Distribution LLC

**Thru:** Ms. Linda Salud Margon

      Dr. CB

This Letter of Intent is addressed to you to set forth the urgent and imminent interest of our Government for the Country of Barbados, to contract and authorize Radical Investments Limited, 20 Micoud Street, Castries, St. Lucia to procure the supply of 1,000,000 doses / 100,000 5ml multi-dose vials of AstraZeneca's AZD1222 vaccine. We attest that we are purchasing these vaccines for the exclusive use of vaccinating our population against COVID-19, and that this product will not be resold under any circumstance.

Based on the above, please provide to Radical Investments a Full Corporate Offer along with verifiable information specifying factory location, product specifications, etc. to enable us to conduct due diligence of authenticity of the very critical and important life-saving vaccine much needed in this fight against the Pandemic. Once we are satisfied with documentation, we shall expeditiously move forward with the order placement and signing of the Sales Purchase agreement and payment procedures to secure the timely procurement of the vaccines for our people.

After AstraZeneca has provided us all necessary and required commercial documents, including but not limited to Certificate of Authentication, testing reports, SGS report and Bill of Lading, Radical Investments agrees to make all payments directly to the Allocation Holder.

Our Government further agrees to allow and take responsibility for importing the AZD1222 vaccines stated above once the shipment arrives CIF to our country of Barbados.

# Page 2

We understand that AstraZeneca must do due diligence and contact one or more government officials, including an embassy to embassy call from the embassy in India or UK in order to confirm that authenticity of this LOA/LOI letter, and our Government agrees to assist them in this mission.

We appreciate your consideration of this order. I can be contacted at 1-246-836-3501 or janet.phillips@health.gov.bb.

Signed,

*Phillips*

Janet Phillips (Mrs.)

PERMANENT SECRETARY
MINISTRY OF HEALTH
Permanent Secretary

## AUTHORISED DISTRIBUTOR LETTER

Effective: January 2021

To whom it may concern:

This letter is to **CERTIFY,** that **GOOD VIBRATIONS ENTERTAINMENT LLC.** is an **AUTHORISED DISTRIBUTOR and has the authorization to promote and facilitate the sales for the following vaccines listed below through its distribution channel of United Product Distribution and Protecti Global Holdings**. For any assistance please contact:

**Address:**
Good Vibrations Entertainment LLC
2219 Main St.
Santa Monica, CA 90405
USA

**Tel:** +1(310) 910-6820

**GOOD VIBRATIONS ENTERTAINMENT LLC.** has the responsibility to promote, distribute, sale and offer technical assistance for Astra Zeneca, J&J, Pfizer, Covax, Maderna Covid-19 vaccines.

This agreement is valid until December 2022

If you have any questions please do not hesitate to contact me.

Best regards,

**EXHIBIT 2**

April 25, 2021

Radical Investments Limited
20 Micoud Street
Castries
St. Lucia
Attention: Mr Mark Maloney, Executive Chairman

Dear Sirs

<u>Re: Purchase of 1,000,000 does of Astra Zeneca Covid 19 Vaccines from Good Vibrations Entertainment LLC</u>

We have acted as counsel in the State of California to Good Vibrations Entertainments LLC ("**GVE**") in connection with the sale and purchase agreement dated as of April 16, 2021 between GVE as seller and Radical Investments Limited ("**RIL**") as buyer for the sale and purchase of 1,000,000 doses of the AstraZeneca Covid 19 Vaccine (the "**Vaccines**") (the "**Sale and Purchase Agreement**").

Unless a contrary intention appears, terms defined in the Sale and Purchase Agreement shall have the same meaning herein.

## SCOPE OF REVIEW

For the purpose of this opinion, we have examined the following documents:

1) A signed pdf of the Sale and Purchase Agreement;
2) A signed pdf of the escrow and paymaster agreement dated as of April 16, 2021 between GVE, RIL and Davidovich Stein Law Group, LLP as Paymaster (the "Paymaster Agreement");
3) A signed pdf of the distribution agreement between S.A. Astra Zeneca N.V ("**AstraZeneca**") and [   INSERT NAME OF CONTRACTING PARTY            ] (the "**Distributor**") dated [        ];
4) A signed pdf of the sub-distribution agreement between the Distributor and GVE dated [           ] (the "**Sub-Distribution Agreement**");
5) The Articles of Incorporation and of GVE certified as a true and complete copy by [          ];
6) [                              ].

The documents mentioned at items 3 and 4 above are together referred to as the "Vaccine Authorisation Documents".

## OPINIONS

**Status**

1. GVE was incorporated on [        ] under the [          ], is registered in the Register of Companies maintained by the Secretary of State, and is in good standing under the laws of the State of California.

**Solvency**

2. No steps have been or are being taken to appoint a receiver, administrator, liquidator or similar official over or in respect of GVE or over any of its assets.

**Directors and Shareholders**

3. The current sole director of GVE is Alex Lee Moore JR.

**Due Authorisation**

4. GVE has the corporate power to execute, deliver and perform its obligations under the Sale and Purchase Agreement and the Paymaster Agreement and all necessary corporate action has been taken to enable it validly to execute and deliver the Sale and Purchase Agreement and the Paymaster Agreement. The performance by GVE of its obligations under the Sale and Purchase Agreement and the Paymaster Agreement does not require any further corporate action by GVE.

**Conflict**

5. The execution and the delivery by GVE of the Sale and Purchase Agreement and the Paymaster Agreement and the performance of GVE's obligations thereunder do not and will not breach, violate or constitute a default under any present law or regulation in the State of California or the constitutional documents of GVE.

**Legal, Valid, Binding and Enforceable Obligations**

6. The Sale and Purchase Agreement and the Paymaster Agreement have been validly and properly executed and delivered by GVE. The obligations assumed by GVE under the Sale and Purchase Agreement and the Paymaster Agreement constitute the legal valid and binding obligations of GVE.

**Authorisation to Transact**

7. Based on the Vaccine Authorisation Documentation, the Distributor has the authority to:

   7.1. enter into the Sub Distribution Agreement and perform its obligations thereunder;
   7.2. purchase the Vaccines from AstraZeneca for sale to GVE or as directed by GVE in its capacity as a sub-distributor;
   7.3. upon receipt of payment from GVE (the "Payment Date") to: (a) purchase the Vaccines from Astra Zeneca; (b) supply the dossier for the Vaccines to GVE within 24 hours of the Payment Date; and (c) supply the Vaccines to RIL within a period of 7 days from the Payment Date.
8. GVE has the authority under the Sub-Distribution Agreement to:
   8.1. Enter into the Sale and Purchase Agreement for the Vaccines and perform its obligations thereunder.

    This opinion is furnished by us for the sole benefit of RIL and its legal advisers and relates exclusively to the matters and documents specifically referred to herein and may not be used in connection with any other transaction or matter.


Yours faithfully,

Warner Norcross + Judd, LLP
Per:


James L. Scott