

BANK OF AMERICA
**Preferred Rewards**
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GOOD VIBRATIONS ENTERTAINMENT LLC.
660 COVENTRY ST APT 8
BOCA RATON, FL  33487-3128

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for August 1, 2021 to August 31, 2021                Account number: ▅▅▅▅▅▅▅

**GOOD VIBRATIONS ENTERTAINMENT LLC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2021 | $1,334,505.06 | # of deposits/credits: | 4 |
| Deposits and other credits | 150,209.00 | # of withdrawals/debits: | 229 |
| Withdrawals and other debits | -1,484,704.06 | # of items-previous cycle[1]: | 2 |
| Checks | -0.00 | # of days in cycle: | 31 |
| Service fees | -65.00 | Average ledger balance: | $724,326.45 |
| **Ending balance on August 31, 2021** | **-$55.00** | [1]Includes checks paid,deposited items&other debits | |

BUSINESS ADVANTAGE

## Thanks. We're here to listen to you.

As your business needs evolve, we're ready to provide personal attention and access to the latest digital tools. Rely on us for guidance in personal finance, investments and business — now and in the future.
To learn more visit **bankofamerica.com/SmallBusiness**.

SSM-10-20-0899.B | 3293362

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ▌▌▌▌▌▌  | August 1, 2021 to August 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**



**Your checking account**

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #　　　　　　   |   August 1, 2021 to August 31, 2021

# Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/02/21 | Prfd Rwds for Bus-ATM Operator Refund of $4 | 4.00 |
| 08/03/21 | Counter Credit | 50,000.00 |
| 08/06/21 | CHECKCARD 0805 WU *7844104129 877-989-3268 CA 7413829121708400516 | 205.00 |
| 08/16/21 | Counter Credit | 100,000.00 |
| **Total deposits and other credits** | | **$150,209.00** |

# Withdrawals and other debits

| Date | Description | | Amount |
|---|---|---|---|
| 08/02/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/02/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/02/21 | Customer Withdrawal Image | | -20,000.00 |
| 08/03/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/03/21 | FL TLR transfer to CHK 1326 Banking Ctr SOUTH DELRAY 0402084413 | #0001529 FL Confirmation# | -10,000.00 |
| 08/04/21 | FL TLR transfer to CHK 6853 Banking Ctr SOUTH DELRAY 0408521262 | #0001529 FL Confirmation# | -3,000.00 |
| 08/04/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/05/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/06/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/09/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/09/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/10/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/10/21 | Customer Withdrawal Image | | -50,000.00 |
| 08/12/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/13/21 | OscarInsuranceCo DES:PURCHASE   ID:76387567  INDN:Maria Hernandez   CO ID:9000020311 PPD | | -449.97 |
| 08/16/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/17/21 | FL TLR cash withdrawal from CHK 4681 | | -10,000.00 |
| 08/17/21 | FL TLR transfer to CHK 1768 Banking Ctr SOUTH DELRAY 0121467181 | #0001529 FL Confirmation# | -10,000.00 |

*continued on the next page*

BUSINESS ADVANTAGE

Go paperless today!

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360, our small business online banking, and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-02-21-1021.B | 3454369

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ██████████  |  August 1, 2021 to August 31, 2021

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 08/19/21 | FL TLR cash withdrawal from CHK 4681 | -10,000.00 |
| 08/19/21 | FL TLR transfer to CHK 0059 Banking Ctr SOUTH DELRAY              #0001529 FL Confirmation# 4239888218 | -50,000.00 |
| 08/20/21 | FL TLR cash withdrawal from CHK 4681 | -10,000.00 |
| 08/20/21 | WIRE TYPE:WIRE OUT DATE:210820 TIME:1321 ET TRN:2021082000342980 SERVICE REF:413300 BNF:GOOD VIBRATIONS ENTERTAINM ID:763129050 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:RHE QSND6U | -400,000.00 |
| 08/20/21 | Customer Withdrawal Image | -641,154.52 |
| 08/23/21 | FL TLR cash withdrawal from CHK 4681 | -10,000.00 |
| 08/23/21 | FL TLR cash withdrawal from CHK 4681 | -2,239.74 |

## Card account # XXXX XXXX XXXX 1149

| Date | Description | Amount |
|------|-------------|-------:|
| 08/02/21 | CHECKCARD  0729 Genki Sushi Main Place Santa Ana    CA 24744551212240000109230 CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -15.79 |
| 08/02/21 | CHECKCARD  0729 THE DISNEY STORE #303 COSTA MESA    CA 24943001211895211030040 CKCD 5947 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -142.39 |
| 08/02/21 | CHECKCARD  0730 CLAIM JUMPER 0527 COSTA MESA   CA 24013391211004766089366 CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -32.74 |
| 08/02/21 | CHECKCARD  0730 SQ *SOOTHING ESCAPE MAS Costa Mesa   CA 24692161211100157303534 CKCD 8999 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -150.00 |
| 08/02/21 | CHECKCARD  0730 TAQUERIA CIELO LINDO SANTA ANA    CA 24013391212004941612735 CKCD 5814 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -14.34 |
| 08/02/21 | CHECKCARD  0730 INTIMATE BASICS 714-4181179  CA 24122471213900010500197 CKCD 5691 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -44.68 |
| 08/02/21 | TARGET T- 1383  08/01 #000209140 PURCHASE TARGET T- 13831 B  Garden Grove  CA | -192.37 |
| 08/02/21 | CHECKCARD  0801 CAPITAL SEAFOOD RESTAUR GARDEN GROVE CA 24270741213900012749459 CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -54.46 |
| 08/02/21 | P281981        08/01 #000914433 WITHDRWL WESTIN-COSTA-2819  COSTA MESA    CA | -204.00 |
| 08/02/21 | THE UPS STORE   08/02 #000964033 PURCHASE THE UPS STORE #55  SANTA ANA     CA | -408.49 |
| 08/02/21 | TJ MAXX # 3900  08/02 #000205663 PURCHASE TJ MAXX # 3900 S   SANTA ANA     CA | -65.54 |
| 08/02/21 | CVS/PHARMACY #  08/02 #000556015 PURCHASE CVS/PHARMACY #08   Santa Ana     CA | -64.69 |
| 08/02/21 | CHECKCARD  0801 ARCO42805001 WESTMINSTER  CA CKCD 5541 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -62.84 |
| 08/03/21 | CHECKCARD  0801 WESTIN SO COAST PLAZA COSTA MESA   CA 24755421214732146079467 CKCD 3513 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -590.95 |
| 08/03/21 | CHECKCARD  0801 WESTIN SC PLAZA DINING COSTA MESA   CA 24755421214732146079236 CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -10.23 |
| 08/03/21 | CHECKCARD  0801 STAR NAILS WESTMINSTER  CA 24323041214043200212302 CKCD 7230 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -66.00 |
| 08/03/21 | CHECKCARD  0801 LE PALACE MASSAGE 714-5377598  CA 24122471214900012400130 CKCD 7297 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -45.00 |
| 08/03/21 | CHECKCARD  0802 ARSENIO'S MEXICAN FOOD SANTA ANA    CA 24275471214062700991790 CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -12.20 |
| 08/03/21 | CHECKCARD  0802 TJ MAXX #1048 SANTA ANA    CA 24137461215001443946248 CKCD 5651 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -10.91 |
| 08/04/21 | CHECKCARD  0802 THRIFTY #0071821 NEWPORT BEACHCA 24941351215613110645496 CKCD 3395 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -2,125.21 |
| 08/04/21 | CHECKCARD  0802 WESTIN SO COAST PLAZA COSTA MESA   CA 24755421215152155816684 CKCD 3513 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -316.86 |

*continued on the next page*

# BANK OF AMERICA

**Your checking account**

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account # ▮▮▮▮▮▮▮   |   August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/04/21 | CHECKCARD  0802 MCDONALD'S F4090 SANTA ANA    CA 24427331215710050983948 CKCD 5814 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -6.53 |
| 08/04/21 | WM SUPERC Wal-  08/04 #000138843 PURCHASE WM SUPERC Wal-Mar  DELRAY BEACH  FL | -270.02 |
| 08/04/21 | WM SUPERC Wal-  08/04 #000125200 PURCHASE WM SUPERC Wal-Mar  DELRAY BEACH  FL | -101.78 |
| 08/04/21 | Wal-Mart Super  08/04 #000762714 PURCHASE Wal-Mart Super Ce  DELRAY BEACH  FL | -113.21 |
| 08/05/21 | CHECKCARD  0804 SQ *JUICE BAR Boca Raton   FL 24692161216100998651617 CKCD 5499 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -8.86 |
| 08/05/21 | TRESOR RARE     08/05 #000146995 PURCHASE TRESOR RARE      BOCA RATON    FL | -1,284.00 |
| 08/05/21 | TRESOR RARE     08/05 #000148198 PURCHASE TRESOR RARE      BOCA RATON    FL | -7,490.00 |
| 08/05/21 | KIBALI MED SPA  08/05 #000217077 PURCHASE KIBALI MED SPA     BOCA RATON    FL | -4,800.00 |
| 08/05/21 | CHECKCARD  0805 MARATHON PETRO BOCA RATON   FL CKCD 5542 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -50.08 |
| 08/06/21 | CHECKCARD  0805 MAOZ VEGETARIAN BOCA RATON   FL 24765011218400890000955 CKCD 5814 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -22.32 |
| 08/06/21 | CHECKCARD  0805 KIBALI MED SPA BOCA RATON   FL 24431061218091668000027 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -4,815.00 |
| 08/06/21 | TARGET T- 1200  08/06 #000944131 PURCHASE TARGET T- 1200 Li  Delray Beach  FL | -407.18 |
| 08/09/21 | CHECKCARD  0806 KIBALI MED SPA BOCA RATON   FL 24431061218091357000023 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -6,200.00 |
| 08/09/21 | CHECKCARD  0806 KIBALI MED SPA BOCA RATON   FL 24431061218091357000031 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -2,000.00 |
| 08/09/21 | CHECKCARD  0806 KIBALI MED SPA BOCA RATON   FL 24431061218091357000056 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -2,675.00 |
| 08/09/21 | CHECKCARD  0808 POSTMATES MEMBERSHIP HTTPSPOSTMATECA 24492161220000009093278 RECURRING CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -9.99 |
| 08/09/21 | CHECKCARD  0808 FOOT REFLEXOLOGY POMPANO BEACHFL 24037241220900016300073 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -45.00 |
| 08/09/21 | SAKS FIFTH AVE  08/08 #000652960 PURCHASE SAKS FIFTH AVE 62  BOCA RATON    FL | -1,782.10 |
| 08/09/21 | CHECKCARD  0808 LA BOULANGERIE BOUL'MIC BOCA RATON   FL 24055221221400000061730 CKCD 5812 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -19.45 |
| 08/09/21 | MACY'S    5700  08/08 #000011270 PURCHASE MACY'S    5700 GL  BOCA RATON    FL | -107.00 |
| 08/09/21 | MACY'S    5700  08/08 #000020195 PURCHASE MACY'S    5700 GL  BOCA RATON    FL | -17.99 |
| 08/09/21 | MACY'S    5700  08/08 #000060008 PURCHASE MACY'S    5700 GL  BOCA RATON    FL | -171.13 |
| 08/09/21 | MACY'S    5700  08/08 #000014064 PURCHASE MACY'S    5700 GL  BOCA RATON    FL | -33.88 |
| 08/09/21 | CHECKCARD  0808 SQ *AVOCADOS FOOD Boca Raton   FL 24692161220100060489957 CKCD 5814 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -5.87 |
| 08/09/21 | ATHLETA US 760  08/08 #000271497 PURCHASE ATHLETA US 7600    BOCA RATON    FL | -302.86 |
| 08/10/21 | CHECKCARD  0806 KIBALI MED SPA BOCA RATON   FL 24431061221029357000044 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -18,000.00 |
| 08/10/21 | CHECKCARD  0806 KIBALI MED SPA BOCA RATON   FL 24431061221029357000069 CKCD 7298 XXXXXXXXXXXX1149 XXXX XXXX XXXX 1149 | -16,050.00 |
| 08/23/21 | PUBLIX SUPER M  08/22 #000058646 PURCHASE PUBLIX SUPER MAR  BOCA RATON    FL | -377.88 |
| 08/25/21 | CHECKCARD  0822 TACO BELL #24548 | -5.96 |
| **Subtotal for card account # XXXX XXXX XXXX 1149** | | **-$71,802.78** |

*continued on the next page*

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account # ▮▮▮▮▮▮▮▮▮   |   August 1, 2021 to August 31, 2021

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| | **Card account # XXXX XXXX XXXX 4959** | |
| 08/02/21 | CHECKCARD  0729 SAKS BOCA RATON 624 BOCA RATON   FL 24692161211100803413711 CKCD 5311 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -8,276.45 |
| 08/02/21 | CHECKCARD  0729 GUCCI #710 BOCA RATON   FL 24941681211838000274578 CKCD 5699 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,326.80 |
| 08/02/21 | CHECKCARD  0730 YAMATO U GAS BOCA RATON   FL 24055221211839002418152 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -60.51 |
| 08/02/21 | CHECKCARD  0730 DOLCE & GABBANA - MIAMI MIAMI       FL 24137461211300718101289 CKCD 5651 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -5,462.35 |
| 08/02/21 | CHECKCARD  0730 Flight Club New York    NY 24204291211008330838738 CKCD 5661 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,526.57 |
| 08/02/21 | CHECKCARD  0730 YAMATO U GAS BOCA RATON   FL 24055221212839002434901 CKCD 5541 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -25.00 |
| 08/02/21 | CHECKCARD  0731 DAER NIGHTCLUB HOLLYWOOD    FL 24231681213796701272902 CKCD 5813 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -9,424.74 |
| 08/02/21 | PURCHASE   0731 UBER   TRIP HELP.UBER.COMCA | -169.05 |
| 08/02/21 | CHECKCARD  0731 PRICELN*THE WESTIN SO 800-774-2354 CT 24692161212100935625488 CKCD 4722 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -708.18 |
| 08/02/21 | PMNT SENT  0731 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -500.00 |
| 08/02/21 | PMNT SENT  0731 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -700.00 |
| 08/02/21 | PURCHASE   0801 UBER   PASS HELP.UBER.COMCA | -9.99 |
| 08/02/21 | CHECKCARD  0801 HLU*Hulu 1694864021758- HULU.COM/BILLCA 24906411213127054264781 RECURRING CKCD 4899 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.99 |
| 08/02/21 | CHECKCARD  0801 SUNOCO 0879212900 DELRAY BEACH FL 24022071214016000466469 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -58.30 |
| 08/02/21 | PMNT SENT  0802 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/03/21 | CHECKCARD  0730 FLORIDA POWER & LIGHT C 800-541-9049 FL 24941661214922137634422 CKCD 4900 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -160.95 |
| 08/03/21 | CHECKCARD  0730 FLORIDA POWER & LIGHT C 800-541-9049 FL 24941661214922137700868 CKCD 4900 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -144.25 |
| 08/03/21 | CHECKCARD  0801 AMERITAS LIFE INSURANC 800-3009566  NE 24717051214152149611475 CKCD 6300 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -165.35 |
| 08/03/21 | CHECKCARD  0801 SPORT CLIPS - FL342 - D DELRAY BEACH FL 24269791214500760361726 CKCD 7230 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -27.00 |
| 08/03/21 | PMNT SENT  0801 WESTERN UNION FINANCIA 4152155208   CA 24138291214084351108689 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -205.00 |
| 08/03/21 | CHECKCARD  0803 PUBLIC STORAGE 00122 800-567-0759 FL 24692161215100567026887 RECURRING CKCD 4225 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -99.05 |
| 08/03/21 | PMNT SENT  0802 CASH APP*HALEY WEST 8774174551   CA 24492151214741940492769 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/04/21 | CHECKCARD  0802 AMERICAN AIR00176390999 FORT WORTH   TX 24943001215344900060154 CKCD 3001 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -678.40 |
| 08/04/21 | CHECKCARD  0802 DELTA AIR   00676332237 NORWALK     CT 24717051215872153628938 CKCD 3058 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -828.40 |
| 08/04/21 | CHECKCARD  0803 PRICELN*TVL PROTECT 800-774-2354 CT 24692161215100094274406 CKCD 4722 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -86.64 |

*continued on the next page*

**BANK OF AMERICA** 

**Your checking account**

GOOD VIBRATIONS ENTERTAINMENT LLC.  |  Account #  ▓▓▓▓▓▓▓  |  August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/04/21 | CHECKCARD  0802 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331215710020870571 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -17.37 |
| 08/04/21 | CHECKCARD  0803 MICROSOFT*STORE MSBILL.INFO  WA 24430991215091502149446 CKCD 4816 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -49.99 |
| 08/04/21 | PURCHASE   0804 UBER   TRIP HELP.UBER.COMCA | -23.60 |
| 08/04/21 | PURCHASE   0804 UBER   TRIP HELP.UBER.COMCA | -115.83 |
| 08/04/21 | CHECKCARD  0804 APPLE.COM/BILL 866-712-7753 CA 24692161216100410394044 RECURRING CKCD 5818 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -20.98 |
| 08/04/21 | PMNT SENT  0804 CASH APP*HALEY WEST 8774174551   CA 24492151216855792166863 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/05/21 | CHECKCARD  0803 DELTA AIR   00676332719 NORWALK     CT 24717051216872163669988 CKCD 3058 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -193.40 |
| 08/05/21 | CHECKCARD  0804 PRICELN*TVL PROTECT 800-774-2354 CT 24692161216100902341867 CKCD 4722 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -17.25 |
| 08/05/21 | CHECKCARD  0803 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331216710020676118 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -14.81 |
| 08/05/21 | CHECKCARD  0804 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391216900010832113 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -9.35 |
| 08/05/21 | WAL-MART #2406  08/05 #000748795 PURCHASE WAL-MART #2406     DELRAY BEACH  FL | -231.57 |
| 08/06/21 | CHECKCARD  0804 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331217710021337206 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -15.23 |
| 08/06/21 | PMNT SENT  0805 CASH APP*ERICA NOEM 8774174551   CA 24492151217741914761865 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,050.00 |
| 08/06/21 | PMNT SENT  0806 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/09/21 | CHECKCARD  0805 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331218710021937129 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -12.99 |
| 08/09/21 | PURCHASE   0806 NETFLIX.COM NETFLIX.COM  CA | -19.55 |
| 08/09/21 | CHECKCARD  0806 APPLE.COM/BILL 866-712-7753 CA 24692161218100687019207 RECURRING CKCD 5818 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -39.99 |
| 08/09/21 | CHECKCARD  0806 DNH*GODADDY.COM 480-505-8855 AZ 24692161218100698577474 RECURRING CKCD 4816 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -20.98 |
| 08/09/21 | CHECKCARD  0806 EXXONMOBIL   97574859 BOCA RATON   FL 24164051220378004064142 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -75.09 |
| 08/09/21 | CHECKCARD  0807 PRICELN*INTERCONTINEN 800-774-2354 CT 24692161219100397651405 CKCD 4722 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -525.45 |
| 08/09/21 | CHECKCARD  0806 GUCCI #713 MIAMI      FL 24941681219838000126002 CKCD 5699 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,048.60 |
| 08/09/21 | CHECKCARD  0807 DAER NIGHTCLUB HOLLYWOOD    FL 24231681220796297783909 CKCD 5813 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -3,557.59 |
| 08/09/21 | CHECKCARD  0807 INTERCONTINENTAL MIAMI MIAMI      FL 24943001220708187191267 CKCD 3512 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -338.89 |
| 08/09/21 | CHECKCARD  0807 INTERCONTINENTAL MIAMI MIAMI      FL 24943001220708187151675 CKCD 3512 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -47.99 |
| 08/09/21 | CHECKCARD  0807 CHICK-FIL-A #04272 DAVIE      FL 24427331220710029580539 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -21.59 |

*continued on the next page*

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ~~XXXXXXXXXX~~   |   August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/09/21 | PMNT SENT  0807 CASH APP*ERICA NOEM 8774174551   CA 24492151220855862769558 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/09/21 | CHECKCARD  0807 BP#6160683OKEECHOBEE ST WEST PALM BEAFL 24122541220744009852511 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -70.61 |
| 08/09/21 | PURCHASE   0808 Spotify USA 877-7781161  NY | -11.33 |
| 08/09/21 | PMNT SENT  0809 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/10/21 | CHECKCARD  0808 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391221900011235434 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -14.35 |
| 08/10/21 | PMNT SENT  0809 CASH APP*HALEY WEST 8774174551   CA 24492151221741968700599 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/11/21 | CHECKCARD  0809 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331222710020745436 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -9.41 |
| 08/11/21 | PMNT SENT  0809 CASH APP*HALEY WEST 8774174551   CA 24492151222855757161208 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,100.00 |
| 08/12/21 | CHECKCARD  0811 COMCAST/XFINITY 800-266-2278 FL 24692161223100912193366 RECURRING CKCD 4899 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -237.77 |
| 08/12/21 | CHECKCARD  0811 PLUSHCARE HTTPSPLUSHCARCA 24011341223000039315847 RECURRING CKCD 8099 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -119.00 |
| 08/12/21 | CHECKCARD  0811 BOCA RATON PEDIATRIC 561-392-2099 FL 24687201223027011783618 CKCD 8011 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/12/21 | CHECKCARD  0811 COSTCO WHSE #0345 BOCA RATON   FL 24943001224898002058027 CKCD 5300 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -64.98 |
| 08/12/21 | PMNT SENT  0812 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/13/21 | CHECKCARD  0811 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331224710020835425 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -9.26 |
| 08/13/21 | CHECKCARD  0811 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331224710020837504 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.12 |
| 08/16/21 | CHECKCARD  0812 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331225710021788853 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -15.23 |
| 08/16/21 | CHECKCARD  0812 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331225710021784241 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.12 |
| 08/16/21 | CHECKCARD  0812 EXXONMOBIL    99047151 DELRAY BEACH FL 24164051225378005672294 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -67.30 |
| 08/16/21 | CHECKCARD  0813 WHOLEFDS DBR#10739 DELRAY BEACH FL 24137461226001709939439 CKCD 5411 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -42.66 |
| 08/16/21 | CHECKCARD  0813 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391225900011740140 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -23.12 |
| 08/16/21 | PMNT SENT  0814 CASH APP*CLARKE MOO 8774174551   CA 24492151226855850805798 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -500.00 |
| 08/16/21 | PMNT SENT  0814 CASH APP*ERICA NOEM 8774174551   CA 24492151226741850836100 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/16/21 | CHECKCARD  0814 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331227710021340125 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.12 |
| 08/16/21 | CHECKCARD  0814 RUB-A-DUB CAR SPA EXPRF DELRAY BEACH FL 24269791227100554119946 CKCD 7542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -22.46 |
| 08/16/21 | CHECKCARD  0815 PUBLIX #369 BOCA RATON   FL 24137461228001316889546 CKCD 5411 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -24.74 |
| 08/16/21 | CHECKCARD  0815 CASH APP*CRUZ 877-417-4551 FL 24492151227855929687374 CKCD 5399 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -400.00 |

*continued on the next page*

# BANK OF AMERICA

**Your checking account**

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ▮▮▮▮▮▮▮▮   |   August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 08/16/21 | CHECKCARD  0815 WALGREENS #2547 DELRAY BEACH FL 24445001228000792903756 CKCD 5912 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -119.22 |
| 08/16/21 | PMNT SENT  0815 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/17/21 | CHECKCARD  0815 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391228900011941380 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -14.16 |
| 08/17/21 | CHECKCARD  0816 MCAFEE *WWW.MCAFEE.COM 866-622-3911 TX 24692161228100822139454 RECURRING CKCD 5968 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -119.99 |
| 08/17/21 | CHECKCARD  0816 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391228900012042188 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -12.00 |
| 08/17/21 | CHECKCARD  0816 WALGREENS #6014 DELRAY BEACH FL 24445001229000865019620 CKCD 5912 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -181.68 |
| 08/17/21 | CHECKCARD  0816 DNH*GODADDY.COM 480-5058855  AZ 24906411228128164464959 RECURRING CKCD 4816 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -20.98 |
| 08/17/21 | CHECKCARD  0816 FIT DELRAY BEACH DELRAY BEACH FL 24492151229401111000189 CKCD 7997 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -5.00 |
| 08/18/21 | CHECKCARD  0816 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331229710020283167 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -15.60 |
| 08/18/21 | CHECKCARD  0816 SALLY BEAUTY #1375 BOCA RATON   FL 24137461229500794167100 CKCD 5977 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -91.47 |
| 08/18/21 | CHECKCARD  0816 YAMATO U GAS BOCA RATON   FL 24055221229839000248973 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -70.45 |
| 08/18/21 | CHECKCARD  0816 UNITED      01676393638 800-932-2732 TX 24692161229100839600190 CKCD 3000 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -461.20 |
| 08/18/21 | CHECKCARD  0816 UNITED      01676393638 800-932-2732 TX 24692161229100839600208 CKCD 3000 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -461.20 |
| 08/18/21 | CHECKCARD  0816 AMERICAN AIR00176338149 FORT WORTH   TX 24943001229344900049631 CKCD 3001 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -493.40 |
| 08/18/21 | CHECKCARD  0816 AMERICAN AIR00176338149 FORT WORTH   TX 24943001229344900049649 CKCD 3001 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -493.40 |
| 08/18/21 | CHECKCARD  0817 PRICELN*TVL PROTECT 800-774-2354 CT 24692161229100815895400 CKCD 4722 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -109.78 |
| 08/18/21 | CHECKCARD  0817 LA FITNESS 949-255-7200 CA 24492151229084027202808 RECURRING CKCD 7997 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -74.88 |
| 08/18/21 | CHECKCARD  0817 DNH*GODADDY.COM 480-5058855  AZ 24906411229128247613134 RECURRING CKCD 4816 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -5.99 |
| 08/19/21 | CHECKCARD  0817 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331230710020123238 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -12.75 |
| 08/19/21 | CHECKCARD  0818 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391230900012244236 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -6.00 |
| 08/19/21 | CHECKCARD  0818 FIT DELRAY BEACH DELRAY BEACH FL 24492151231401113000175 CKCD 7997 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -5.00 |
| 08/19/21 | CHECKCARD  0818 WHOLEFDS DBR#10739 DELRAY BEACH FL 24137461231001525693072 CKCD 5411 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -65.04 |
| 08/19/21 | CHECKCARD  0818 TARGET      00006429 DELRAY BEACH FL 24164071230091017401443 CKCD 5310 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -40.87 |

*continued on the next page*

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ████████   |   August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/19/21 | CHECKCARD  0818 WALGREENS #6014 DELRAY BEACH FL 24445001231000892294887 CKCD 5912 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -16.45 |
| 08/19/21 | PMNT SENT  0819 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -700.00 |
| 08/19/21 | BOCA RATON PED  08/19 #000173753 PURCHASE BOCA RATON PEDIAT  BOCA RATON    FL | -50.00 |
| 08/19/21 | BOCA RATON PED  08/19 #000174404 PURCHASE BOCA RATON PEDIAT  BOCA RATON    FL | -20.00 |
| 08/20/21 | CHECKCARD  0818 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331231710020731823 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.65 |
| 08/20/21 | CHECKCARD  0818 EL CAMINO DELRAY BEACH FL 24183101231900015000505 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -19.26 |
| 08/20/21 | PURCHASE   0819 UBER   TRIP HELP.UBER.COMCA | -147.58 |
| 08/20/21 | PURCHASE   0820 UBER   TRIP HELP.UBER.COMCA | -127.90 |
| 08/20/21 | CHECKCARD  0819 APPLE.COM/BILL 866-712-7753 CA 24692161231100260640596 RECURRING CKCD 5818 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -2.99 |
| 08/20/21 | CHECKCARD  0819 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391231900012345263 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -14.00 |
| 08/23/21 | CHECKCARD  0819 FIVE GUYS FL 1688 QSR DELRAY BEACH FL 24445001232500500292016 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -16.68 |
| 08/23/21 | CHECKCARD  0819 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331232710021387434 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.65 |
| 08/23/21 | CHECKCARD  0820 THE  ALCHEMISTS KITCHEN 518-6253477  NY 24323041232185700010328 CKCD 5999 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -959.58 |
| 08/23/21 | CHECKCARD  0820 LOGISTICS SERVICES 888-777-2123 NY 24988941234017024551833 CKCD 4214 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,767.00 |
| 08/23/21 | CHECKCARD  0820 CHICK-FIL-A #03707 DELRAY BEACH FL 24427331233710027903274 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.65 |
| 08/23/21 | CHECKCARD  0820 CR TOWING 561-8010147  FL 24559301234900016000073 CKCD 7549 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -236.89 |
| 08/23/21 | CHECKCARD  0821 TST* REX BARON BOCA RATON   FL 24137461233100500687246 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -48.52 |
| 08/23/21 | CHECKCARD  0820 GUCCI #710 BOCA RATON   FL 24941681233838000303454 CKCD 5699 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -2,514.50 |
| 08/23/21 | CHECKCARD  0820 TARGET       00006429 DELRAY BEACH FL 24164071232091011390905 CKCD 5310 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -53.24 |
| 08/23/21 | CHECKCARD  0820 EL CAMINO DELRAY BEACH FL 24183101234900015200474 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -34.96 |
| 08/23/21 | CHECKCARD  0821 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391234900012547295 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -17.00 |
| 08/23/21 | CHECKCARD  0821 DELRAY HONDA DELRAY BEACH FL 24323001234636000112133 CKCD 5511 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -431.75 |
| 08/23/21 | CHECKCARD  0821 PUBLIX #369 BOCA RATON   FL 24137461234500755362552 CKCD 5411 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -70.57 |
| 08/23/21 | PMNT SENT  0821 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -2,000.00 |
| 08/23/21 | CHECKCARD  0821 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331234710021453424 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -11.65 |
| 08/23/21 | CHECKCARD  0822 PELOTON* INTERACTIVE HTTPSWWW.ONEPNY 24011341234000041635288 RECURRING CKCD 5940 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -3,338.36 |
| 08/23/21 | CHECKCARD  0821 EXXONMOBIL   97595318 BOCA RATON   FL 24164051234378005530574 CKCD 5542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -71.90 |

*continued on the next page*



**Your checking account**

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ███████   |   August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/23/21 | CHECKCARD  0821 GEICO  *AUTO 800-841-3000 DC 24692161233100807811716 RECURRING CKCD 6300 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,292.51 |
| 08/23/21 | CHECKCARD  0821 RUB-A-DUB CAR SPA EXPRF DELRAY BEACH FL 24269791234100550094425 CKCD 7542 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -213.99 |
| 08/23/21 | PURCHASE   0822 UBER   TRIP HELP.UBER.COMCA | -22.00 |
| 08/23/21 | CHECKCARD  0821 Tide Cleaners Delray Beach FL 24193041234001682795841 CKCD 7216 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -62.67 |
| 08/23/21 | CHECKCARD  0821 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391234900012547881 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -55.11 |
| 08/23/21 | CHECKCARD  0821 PURGREENSGROWTHPARTNERS DELRAY BEACH FL 24275391234900012547931 CKCD 5812 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -3.75 |
| 08/23/21 | PURCHASE   0822 UBER   TRIP HELP.UBER.COMCA | -25.14 |
| 08/23/21 | CHECKCARD  0821 VITAMINSHOPPE774 DELRAY BEACH FL 24692161234100485385206 CKCD 5499 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -71.68 |
| 08/23/21 | CHECKCARD  0821 CHICK-FIL-A #03146 DELRAY BEACH FL 24427331234710021451337 CKCD 5814 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -15.54 |
| 08/23/21 | PMNT SENT  0822 CASH APP*CLARKE MOO 8774174551   CA 24492151234855968103631 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/23/21 | PMNT SENT  0822 CASH APP*EM. 8774174551   CA 24492151234741968282205 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/23/21 | PMNT SENT  0822 CASH APP*MAYA MULVI 8774174551   CA 24492151234855976644840 CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/23/21 | CHECKCARD  0822 WALGREENS #6014 DELRAY BEACH FL 24445001235000733686560 CKCD 5912 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -121.95 |
| 08/23/21 | PMNT SENT  0823 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -500.00 |
| 08/23/21 | PMNT SENT  0823 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -700.00 |
| 08/23/21 | PMNT SENT  0823 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX4959 XXXX XXXX XXXX 4959 | -1,000.00 |
| 08/25/21 | PMNT SENT  0823 CASH APP*MIGNON MOO | -1,000.00 |
| 08/25/21 | CHECKCARD  0822 BARNES & NOBLE #2053 | -296.14 |
| 08/25/21 | CHECKCARD  0821 EXXONMOBIL   97578249 | -52.13 |
| 08/25/21 | CHECKCARD  0822 THE SEAGATE FB | -32.90 |
| 08/25/21 | CHECKCARD  0822 BED BATH & BEYOND #385 | -32.10 |
| 08/25/21 | CHECKCARD  0822 PURGREENSGROWTHPARTNERS | -12.00 |
| 08/25/21 | CHECKCARD  0823 TST* THE WHOLE ENCHILAD | -10.15 |
| 08/25/21 | CHECKCARD  0823 TST* THE WHOLE ENCHILAD | -3.86 |
| 08/27/21 | CHECKCARD  0825 PLUSHCARE | -59.00 |
| **Subtotal for card account # XXXX XXXX XXXX 4959** | | **-$76,057 05** |
| **Total withdrawals and other debits** | | **-$1,484,704.06** |

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account #  ██████████   |   August 1, 2021 to August 31, 2021

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $35.00 | $560.00 |
| Total NSF: Returned Item fees | $0.00 | $105.00 |

**We want to help you avoid overdraft and returned item fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓    $15,000+ combined average monthly balance in linked business accounts has been met

✓    Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/02/21 | Prfd Rwds for Bus-ATM Wthdrwl Fee Waiver of $2.50 | -0.00 |
| 08/20/21 | Wire Transfer Fee | -30.00 |
| 08/23/21 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-23 | -35.00 |

**Total service fees** **-$65.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 1,334,505.06 | 08/10 | 1,095,075.77 | 08/18 | 1,145,206.11 |
| 08/02 | 1,263,796.80 | 08/11 | 1,093,966.36 | 08/19 | 1,084,290.00 |
| 08/03 | 1,291,259.91 | 08/12 | 1,081,544.61 | 08/20 | 32,782.10 |
| 08/04 | 1,272,505.09 | 08/13 | 1,081,074.26 | 08/23 | 1,449.24 |
| 08/05 | 1,248,405.77 | 08/16 | 1,167,837.29 | 08/25 | 4.00 |
| 08/06 | 1,231,301.04 | 08/17 | 1,147,483.48 | 08/27 | -55.00 |
| 08/09 | 1,190,140.12 |  |  |  |  |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**In October, the requirements to receive the Preferred Rewards for Business Merchant Services and Payroll Services benefits will change.**

Beginning October 15, 2021, the Preferred Rewards for Business benefit earned on qualifying payroll and/or Merchant Services activity will only be applied if the deposit account that receives your payroll credit and/or Merchant Services benefit is open when the benefit is paid. If the deposit account is closed, you will not receive the benefit.

As a Preferred Rewards for Business member you will continue to enjoy many benefits, such as no fees on select banking services, bonus rewards on eligible business credit cards, and much more. Visit bankofamerica.com/RewardsforBusiness to learn more.

We are here to help

If you have questions, please call the number on your statement or feel free to schedule an appointment at bankofamerica.com/bizappointment.

This page intentionally left blank

GOOD VIBRATIONS ENTERTAINMENT LLC. | Account # ███████ August 1, 2021 to August 31, 2021

This page intentionally left blank

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GOOD VIBRATIONS ENTERTAINMENT LLC.
660 COVENTRY ST APT 8
BOCA RATON, FL  33487-3128

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for September 1, 2021 to September 30, 2021         Account number: ▮▮▮▮▮▮▮▮

**GOOD VIBRATIONS ENTERTAINMENT LLC.**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on September 1, 2021 | -$55.00 | # of deposits/credits: | 1 |
| Deposits and other credits | 55.00 | # of withdrawals/debits: | 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: | 2 |
| Checks | -0.00 | # of days in cycle: | 30 |
| Service fees | -0.00 | Average ledger balance: | -$11.00 |
| **Ending balance on September 30, 2021** | **$0.00** | [1]Includes checks paid,deposited items&other debits | |

BUSINESS ADVANTAGE

Put the power of our people, technology and data to work for you

In October, National Women's Small Business Month recognizes the contributions of more than 12 million women entrepreneurs.
Learn more at **bankofamerica.com/SBwomen**.

SSM-05-21-0283.B  |  3560722

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

 **BANK OF AMERICA**

**Your checking account**

GOOD VIBRATIONS ENTERTAINMENT LLC.   |   Account # ███████████   |   September 1, 2021 to September 30, 2021

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/07/21 | FORCE CLOSED ACCOUNT | 55.00 |
| **Total deposits and other credits** | | **$55.00** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $560.00 |
| Total NSF: Returned Item fees | $0.00 | $105.00 |

**We want to help you avoid overdraft and returned item fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 09/01 | -55.00 | 09/07 | 0.00 |



This page intentionally left blank