GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
*gv@gvazquez.com*
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
*rl@gvazquez.com*
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
*sh@gvazquez.com*
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
*maurice@pessahgroup.com*
SUMMER E. BENSON (SBN: 326398)
*sbenson@pessahgroup.com*
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*Assigned to the Honorable Stephen V. Wilson*<br><br>**REQUEST FOR REMOTE APPEARANCE BY OUT OF STATE COUNSEL FOR PLAINTIFF RADICAL INVESTMENTS LTD. RE: DISPOSITIVE MOTIONS**<br><br>Date:       November 21, 2022<br>Time:       1:30 p.m.<br>Courtroom: 10A |

1

REQUEST FOR REMOTE APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that out-of-state counsel for Plaintiff Radical Investments, Ltd. ("Plaintiff") hereby respectfully requests leave of this Court to appear remotely via Zoom for the following hearings: (1) Plaintiff's Motion for Summary Judgment as to Defendants Good Vibrations Entertainment, LLC ("GVE") and Alex Lee Moore, Jr. ("Moore") (collectively, "Moore Defendants") (ECF No. 205); (2) Plaintiff's Motion for Summary Judgment as to Defendant GVE's Counter-Complaint (ECF No. 206); (3) Defendants Warner Norcross + Judd LLP's ("WNJ") and James L. Scott's ("Scott") (collectively, the "WNJ Defendants") Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 203); and (4) Defendants Charles Z. Stein, Esq.'s ("Stein") and Davidovich Stein Law Group's ("DS Law Group") (collectively, "Stein Defendants") Motion for Summary Judgment (ECF No. 204).

Pursuant to the Court's Order of October 19, 2022, the aforementioned dispositive motions are set to be heard by this Court on November 21, 2022, at 1:30 p.m. in Courtroom 10A of the above-captioned Court. (*See* ECF No. 197.) Counsel for Plaintiff is located in Florida; however, local counsel in Los Angeles is available to appear in-person should the Court so require.

Respectfully submitted,

Dated: November 11, 2022

**VAZQUEZ & ASSOCIATES, P.A.**

By: */s/ Ralph R. Longo*
    Gerardo A. Vazquez, Esq.
    Ralph R. Longo IV, Esq.
    Steven B. Herzberg, Esq.
    Attorneys for Plaintiff,
    RADICAL INVESTMENTS LTD.