Mark T. Drooks – State Bar No. 123561
    mdrooks@birdmarella.com
Sharon Mayer – State Bar No. 212862
    smayer@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Warner, Norcross + Judd LLP and James L. Scott, Esq.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-02752-SVW-AFM<br><br>**REQUEST FOR REMOTE APPEARANCE BY COUNSEL FOR DEFENDANTS WARNER NORCROSS + JUDD LLP AND JAMES L. SCOTT, ESQ. RE DISPOSITIVE MOTION HEARINGS**<br><br>Date: November 21, 2022<br>Time: 1:30 P.M.<br>Ctrm.: 10A<br><br>Assigned to Hon. Stephen V. Wilson, Courtroom 10A |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mark T. Drooks and Sharon Mayer, counsel for Defendants Warner, Norcross + Judd LLP and James L. Scott, Esq. (collectively "WNJ Defendants") hereby respectfully request leave of this Court to appear remotely via Zoom for the following hearings: (1) WNJ Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 203); (2) Plaintiff's Motion for Summary Judgment as to Defendants Good Vibrations Entertainment, LLC ("GVE") and Alex Lee Moore, Jr. ("Moore") (collectively, "Moore Defendants") (ECF No. 205); (3) Plaintiff's Motion for Summary Judgment as to Defendant GVE's Counter-Complaint (ECF No. 206); and (4) Defendants Charles Z. Stein, Esq.'s ("Stein") and Davidovich Stein Law Group's ("DS Law Group") (collectively, "Stein Defendants") Motion for Summary Judgment (ECF No. 204).

The aforementioned motions are set to be heard by this Court on November 21, 2022, at 1:30 p.m. in Courtroom 10A of the above-captioned Court. Counsel for the WNJ Defendants are requesting leave to appear remotely because Plaintiff has made the same request and it appears that the hearing is easier to manage when both parties appear in the same manner. The WNJ Defendants will appear in person should the Court so require.

DATED: November 14, 2022         Mark T. Drooks
                                 Sharon Mayer
                                 Bird, Marella, Boxer, Wolpert, Nessim,
                                 Drooks, Lincenberg & Rhow, P.C.


                                 By:  /s/ Sharon Mayer
                                         Sharon Mayer
                                    Attorneys for Defendants Warner, Norcross
                                    + Judd LLP and James L. Scott, Esq.

# PROOF OF SERVICE

*Radical Investments Ltc., v. Good Vibrations Entertainment, LLC, et al.*
Case No. 2:22-CV-02752-SVW-AFM

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On November 14, 2022, I served the following document(s) described as:

**REQUEST FOR REMOTE APPEARANCE BY COUNSEL FOR DEFENDANTS WARNER NORCROSS + JUDD LLP AND JAMES L. SCOTT, ESQ. RE DISPOSITIVE MOTION HEARINGS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, as set out on the attached Service List. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules, as indicated below and set out on the attached Service List.

**BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2022, at Los Angeles, California.

*/s/ Debbey Beatty*
Debbey Beatty

3832852.1

PROOF OF SERVICE — 3

# SERVICE LIST

*Radical Investments Ltd v. Good Vibrations Entertainment LLC, et al.*;
**USDC Case No 2:22-cv-02752-SVW-AFM**

### VIA CM/ECF NOTICE OF ELECTRONIC FILING

| Counsel Of Record | | Party Represented |
|---|---|---|
| **Gerardo A. Vazquez**<br>**Ralph R. Longo, IV**<br>**Steven B. Herzberg**<br>Vazquez and Associates<br>Email: gv@gvazquez.com<br>Email: rl@gvazquez.com<br>Email: sh@gvazquez.com | **Maurice David Pessah**<br>**Summer E. Benson**<br>Pessah Law Group PC<br>Email: maurice@pessahgroup.com<br>Email: sbenson@pessahgroup.com | **Radical Investments Ltd.** |
| **John D. Schwalb**<br>John D. Schwalb, PLLC<br>120 Third Avenue South<br>Franklin, TN 37064-2511<br>Email: john@jdschwalb.com<br><br>**Ronald Jay Cohen**<br>Rice Pugatch Robinson and Schiller PA<br>Email: michael.stoller@stollerlawgroup.com | **Michael Thomas Stoller**<br>Stoller Law Group PC<br>Email: michael.stoller@stollerlawgroup.com | **Good Vibrations Entertainment LLC and Alex Lee Moore, Jr.** |
| **Brian Thomas Smith**<br>Zelms Erlich and Mack<br>Email: bsmith@zelmserlich.com | **Rinat Klier-Erlich**<br>Zelms Erlich and Mack LLP<br>Email: rerlich@zelmserlich.com | **Charles Zohan Stein, Esq. and Davidovich Stein Law Group LLLP** |

**VIA U.S. MAIL**

| Counsel Of Record | Party Represented |
|---|---|
| **Prestige Pegasus LLC**<br>6625 Reseda Boulevard<br>Reseda, CA 91335 | **Pro Se: Prestige Pegasus LLC** |
| **Moniladae Coley**<br>6625 Reseda Boulevard<br>Reseda, CA 91335 | **Pro Se: Moniladae Coley** |