Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>The Hon. Stephen V. Wilson<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT OF DISMISSAL OF CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: November 21, 2022<br>TIME: 1:30 pm.<br>CRTRM: 10A |

/ / /

/ / /

/ / /

1
**NOTICE OF LODGING OF PROPOSED JUDGMENT OF DISMISSAL OF CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT**

**TO THIS HONORABLE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE THAT** defendants Charles Z. Stein and Davidovich Stein Law Group, LLP hereby lodge their proposed judgment of dismissal on their motion for summary judgment. Attached hereto as Exhibit A is a true and correct copy of said proposed judgment.

DATED: November 14, 2022        ZELMS ERLICH & MACK

By: _____
Rinat Klier Erlich
Brian T. Smith
Attorneys for CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANTS CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANTS CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT**

WHEREAS the motion for summary judgment of Defendants Charles Z. Stein and Davidovich Stein Law Group, LLP, was called for hearing before this Court on November 21, 2022 at 1:30 p.m., or as soon thereafter it could be heard, in Courtroom 10A, the Honorable Stephen V. Wilson, Presiding.

Brian T. Smith of Zelms, Erlich & Mack, appeared on behalf of Defendants Charles Z. Stein and Davidovich Stein Law Group, LLP (hereinafter, collectively, "the Stein Defendants"). Gerardo Vazquez and Ralph Longo of Vazquez & Associates appeared on behalf of plaintiff Radical Investments, Ltd. ("RIL") The Court had reviewed the Motion for Summary Judgment, the Separate Statement of Undisputed Material Facts, the Declaration of Charles Z. Stein and the Declaration of Brian T. Smith in support thereto, as well as the Reply Brief and the papers filed with the Reply Brief. The Court had, furthermore, reviewed the Opposition Brief filed by RIL, the Declaration of Olivia Watson, the Declaration of Ralph R. Longo, IV, the Statement of Genuine Disputes of Material Fact, and all papers filed by RIL with respect to its opposition to said Motion.

After hearing oral argument of counsel in support of the motion and in opposition to it, the Court finds and orders that motion for summary judgment of Charles Z. Stein and Davidovich Stein Law Group, LLP is granted.

The Second Amended Complaint of Plaintiff Radical Investments, Ltd. is barred in its entirety as to the Stein Defendants. There is no genuine issue of material fact on the second amended complaint as to the counts against the Stein Defendants, and judgment is entered as a matter of law in favor these defendants on the second amended complaint.

/ / /

/ /

/ / /

/ / /

/ / /

2

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANTS CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT**

IT IS THEREFORE ORDERED that Plaintiff Radical Investments, Ltd recovers nothing from the Stein Defendants; this action is dismissed on the merits and with prejudice as to the Stein Defendants; and the Stein Defendants may recover costs and fees from plaintiff as permitted by law.

**IT IS SO ORDERED.**

Dated: _____          _____
                                The Honorable Stephen V. Wilson
                                United States District Judge

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANTS CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On November 14, 2022, I served True copies of the following document(s) described as **NOTICE LODGING OF PROPOSED JUDGMENT OF DISMISSAL OF CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARYY JUDGMENT** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Zelms Erlich & Mack for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Woodland Hills, California – to Prestige Pegasus, LLC and Moniladae Coley ONLY.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2022 at Woodland Hills, California.

_____
Rosa E. Rojas

# SERVICE LIST
Radical Investment Ltd v. Good Vibrations, et al.
Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>RalphR. Longo, IV, Esq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>Maurice@Pessahgrou.com<br>Jsunshine@pessahgroup.com<br>sbenson@pessahgroup.com<br>vusov@pessahgroup.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Mark Drook, Esq.<br>mdrooks@birdmarella.com<br>Sharon Ben Shahar Mayer, Esq.<br>smayer@birdmarella.com<br><br>Attorneys for James Scott and Warner, Norcross + Judd |
| Prestige Pegasus, LLC<br>5526 Reseda Blvd.<br>Reseda, CA 91335<br><br>IN PRO PER | Moniladae Coley<br>5526 Reseda Blvd.<br>Reseda, CA 91335<br><br>IN PRO PER |
| Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |

4

**NOTICE OF LODGING OF PROPOSED JUDGMENT OF DISMISSAL OF CHARLES Z. STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP ON MOTION FOR SUMMARY JUDGMENT**