# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-02752-SVW-AFM | Date | 11/28/22 |
|---|---|---|---|
| Title | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al | | |

| Present: The Honorable | **STEPHEN V. WILSON, U.S. DISTRICT JUDGE** |
|---|---|

| Damon Berry | Deborah Parker | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Summer Elizabeth Benson (in-person) | John D. Schwalb (video) |
| | Rinat Kiler-Erlich (video) |
| | Sharon Mayer (video) |
| | Mark Drooks (video) |
| | Gerardo Vazquez (video) |
| | Ralph Longo (video) |

**Proceedings:** **ZOOM HEARING; [203] MOTION to Dismiss TO DISMISS PLAINTIFFS SECOND AMENDED COMPLAINT filed by Specially Appearing Defendants; [204] MOTION for Summary Judgment as to Second Amended Complaint filed by Defendants; [206] MOTION for Summary Judgment as to Defendant Good Vibrations Entertainment, LLC's Counter-Complaint filed by Counter-Defendant; [205] MOTION for Summary Judgment as to Defendants Alex Lee Moore Jr. and Good Vibrations Entertainment filed by Plaintiff Radical Investments Ltd**

The Case is called, and counsel made their appearance. The Court invited counsel to present their oral arguments. Arguments by counsel were heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

**IT IS SO ORDERED.**

| | 1 | : | 30 |
|---|---|---|---|
| | Initials of Preparer | | DBE |