GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>**SUPPLEMENTAL DECLARATION OF MS. OLIVIA WATSON** |

# DECLARATION OF MS. OLIVIA WATSON

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. I am the Legal and Commercial Director to a group of companies, one of which is Radical Investments Ltd. ("Plaintiff"), a position I have held since 2015.

2. This Declaration is being executed pursuant to this Court's Order at the November 28, 2022 Summary Judgment hearing that Plaintiff provide the Court with a true and correct copy of an e-mail in which Plaintiff requested from Defendant Stein all of the communications or correspondence in his or his firm's possession related to disbursements out of Defendant Stein's IOLTA Account.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of two e-mails written by me to Defendant Stein requesting instructions and correspondence received by Defendant Stein from Defendant Alex Moore which were related to the subject transaction. In particular, I requested documents relating to disbursements out of Stein's IOLTA account. I initially e-mailed Stein with these requests on July 15, 2021 and followed up with him via e-mail on July 19, 2021.

-   **SIGNATURE PAGE TO FOLLOW**   -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>November 30</u>, 2022.

_____
MS. OLIVIA WATSON