UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02752-SVW-AFM | Date | December 1, 2022 |
| Title | *Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    ORDER REGARDING PLAINTIFF'S SUPPLEMENTAL LODGING [229]

  At the hearing the Court ordered Plaintiff Radical Investments Limited ("RIL") to submit additional evidence regarding RIL's email correspondence with Defendant Charlie Stein ("Stein"), requesting communications involving the release of funds from the escrow/IOLTA account.  RIL submitted an exhibit containing this information.  ECF No. 229.  In light of this submission, Defendant Stein is ordered to submit their response to RIL's supplemental lodging.  Defendant Stein's supplemental brief shall be due within 5 days of this order and shall not exceed 5 pages.

**IT IS SO ORDERED.**

                                         :
Initials of Preparer
                                        PMC