Case: 2:22cv02752  Doc: 230



Moniladae  Coley
6625 Reseda Boulevard
Reseda, CA 91335

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



NEOPOST
12/02/2022
US POSTAGE $0

NIXIE        910 NE 1
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

DEC 13 2022