1 | Rinat Klier-Erlich (State Bar No. 188933)
  | rerlich@zelmserlich.com
2 | Brian T. Smith (State Bar No. 234651)
  | bsmith@zelmserlich.com
3 | **ZELMS ERLICH & MACK**
  | 20920 Warner Center Lane, Suite B
4 | Woodland Hills, California 91367
  | Telephone: (480) 608-2114
5 | Facsimile: (818) 999-9155

6 | Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 |

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>　　　　Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>The Hon. Stephen V. Wilson<br><br>**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S WITNESS LIST**<br><br>Pre-Trial Conf: March 27, 2023<br>Trial Date: April 4, 2023<br>Time: 9 a.m.<br>Courtroom: 10A |

24 | / / /

26 | / / /

28 | / / /

---

1

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S WITNESS LIST**

Pursuant to *Federal Rule of Civil Procedure* 26(a)(3)(A), Local Rule 16-5, an the Honorable Stephen V. Wilson's Standing Order, Defendants Charles Z. Stein and Davidovich Stein Law Group, LLP (collectively "the Stein Defendants") hereby submit the following witness list in anticipation of the bifurcated trial on April 4, 2023, solely on the issue of the validity of the Settlement & Release Agreement (the "Release") by and between Plaintiff and the Stein Defendants.

The Stein Defendants intend to call some, if not all, of the following witnesses to testify at trial. In accordance with LR 16-5, an asterik is placed next to the names of those witnesses whom the party may call only if the need arises. Separately, the Stein Defendants identify the anticipated lengthy and scope of testimony and indicate whether the witness will testify live or by deposition.

The Stein Defendants reserve the right to modify or supplement this list before or during trial. The Stein Defendants further reserve the right to call rebuttal witnesses and witnesses necessary to provide authentication (including a custodian of records) as becomes necessary, including witnesses not listed below. The Stein Defendants further reserve the right to amend this list, including the method of testimony, based on the plaintiff Radical Investments Ltd's identification of witnesses which they intend to make available at trial. The Stein Defendants further reserve the right to call any witness, live or by deposition, identified by plaintiff.

**WILL CALL AND LIVE**

1. Mr. Charles Z. Stein

   - Live (Individual and FRCP 30(b)(6) witness)
   - Mr. Stein will testify generally regarding his role as the escrow officer in the subject purchase transaction. He will testify as to the dispute which arose with plaintiff regarding the disbursements from the escrow account. Mr. Stein will also testify as to the negotiation and preparation of the release agreement with plaintiff and his performance of this agreement.

- Direct examination 3 hours by counsel for Stein; cross-examination 1-2 hours by counsel for Radical

2. Ms. Olivia Watson

    - Live (FRCP 30(b)(6) witness)
    - Ms. Watson is expected to testify as to her communications with Charlies Stein regarding the disbursements from the escrow account. She will also testify as to the negotiation and preparation of the release agreement with the Stein Defendants, as well as Mr. Stein's performance of the terms of this agreement.
    - Cross-examination 2 hours by counsel for Stein; direct examination 1-2 hours by counsel for Radical

**MAY CALL AND LIVE**

3. Mr. Alex Moore, Jr.*, Principal of Good Vibrations Entertainment, LLC

    - Live (Individual and FRCP 30(b)(6) witness)
    - Mr. Moore will testify as to his efforts to provide the vaccine to plaintiff and his communications with plaintiff regarding said efforts Mr. Moore will also testify as to the disbursements from the escrow account to him/his company and Mr. Moore's use of these funds.
    - Direct examination 1 hour by counsel for Stein; cross-examination .5 hour by counsel for Radical; re-direct .1 hours by counsel for Stein

4. Mr. Niv Davidovich*, Partner, Davidovich Stein Law Group, LLP

    - Live (Individual)
    - Mr. Davidovich will testify as to the operations of his law firm, Davidovich Stein Law Group, LLP.
    - Direct examination .5 hours by counsel for Stein; cross-examination .3 hours by counsel for Radical

/ / /

/ / /

5. Mark Maloney*, Radical Investment Ltd.'s Managing Director and CEO
   - Live (individual)
   - Mr. Maloney will testify regarding his role in the discussions which led upto the release agreement with the Stein Defendants. He will also testify as to Mr. Stein's performance of this agreement, as well as Maloney's own communications with Mr. Stein and Alex Moore related to the disbursements from the escrow account.
   - It is anticipated that Mr. Maloney's testimony will take 1 hour by counsel for the Stein Defendants, followed by 1 hour by counsel for plaintiff.

6. Mr. Rance Bauman*, Director of Operations Prestige Pegasus, LLC
   - Live (individual)
   - Mr. Bauman will testify regarding Charles Stein's communications with him after the funds were disbursed from the escrow account.
   - It is anticipated that Mr. Bauman's testimony will take 1 hour by counsel for the Stein Defendants, followed by .5 hour by counsel for plaintiff.

DATED: March 6, 2023          ZELMS ERLICH & MACK

By: *(signature)*
Rinat Klier Erlich
Brian T. Smith
Attorneys for Defendants
CHARLES Z. STEIN, ESQ. a/k/a
CHARLIE STEIN and DAVIDOVICH
STEIN LAW GROUP, LLP

4
**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S WITNESS LIST**

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

At the time of Service, I was over 18 years of age and employed in the office of a member of the bar of this Court. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On March 6, 2023, I served True copies of the following document(s) described as **DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S WITNESS LIST** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2023 at Woodland Hills, California.

_____
Rosa E. Rojas

# SERVICE LIST
Radical Investment Ltd v. Good Vibrations, et al.
Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>RalphR. Longo, IV, eSq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>Maurice@Pessahgrou.com<br>Jsunshine@pessahgroup.com<br>sbenson@pessahgroup.com<br>vusov@pessahgroup.com<br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC |

**DEFENDANTS CHARLES STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP'S WITNESS LIST**