Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP,PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

John D. Schwalb
**JOHN D. SCHWALB, PLLC**
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | ) ) ) |
| Plaintiff, | ) ) Hon. Stephen V. Wilson |
| vs. | ) ) |
| GOOD VIBRATIONS ENTERTAINMENT LLC, et al. | ) No. 2:22-cv-02752-SVW-AFM ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Comes now the John D. Schwalb, counsel for Defendants, Alex Lee Moore, Jr. and Good Vibrations Entertainment, LLC and moves to withdraw as counsel in this matter. In support of this motion, counsel submits his affidavit in support of the motion to withdraw.

Counsel has advised lead counsel for the Plaintiff Radical Investments and they have no opposition to the motion. Counsel for Stein and Davidovich Stein Law Group have no opposition to the motion.

For the reasons set forth in the Declaration submitted contemporaneously with this motion, John D. Schwalb moves to withdraw.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | */s/ Michael T. Stoller* <br> Michael T. Stoller (SBN 120241) |
| 3 | **STOLLER LAW GROUP, PC.** <br> 5747 Hoback Glen Road |
| 4 | Hidden Hills, California 91302 <br> (310) 245-4028 |
| 5 | (424) 702-3201 facsimile <br> michael.stoller@stollerlawgroup.com |
| 6 | |
| 7 | */s/ John D. Schwalb* <br> John D. Schwalb |
| 8 | **JOHN D. SCHWALB, PLLC** <br> 120 Third Avenue South |
| 9 | Franklin, Tennessee 37064-2511 <br> (615) 794-7100 |
| 10 | john@jdschwalb.com |

# CERTIFICATE OF SERVICE

I certify that the foregoing has been served via electronic mail upon the following:

Gerardo A. Vazquez
gv@gvazquez.com
Ralph R. Longo, IV
rl@gvazquez.com
Steven B. Herzberg
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131

Maurice D. Pessah
maurice@pessahgroup.com
Summer E. Benson
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
661 N. Harper Ave., Suite 208
Los Angeles, CA 90048

Rinat Klier-Erlich
rerlich@zelmserlich.com
Brian T. Smith
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367

Alex Lee Moore, Jr. and
Good Vibrations Entertainment, LLC
flex@goodvibrationsentertainment.com
flex@quantummeditationcenter.com
flex727@icloud.com

and was served upon the following entities or persons via first class mail:

Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent
7182 Edgewood Drive
Highlands Ranch, CO, 80130

Moniladae Coley
6625 Reseda Blvd.
Reseda, CA 91335

on this 3rd day of May 2023.

*/s/ John D. Schwalb*