# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Radical Investments, Ltd<br><br>PLAINTIFF(S)<br>v.<br>Good Vibrations Entertainment, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-02752-SVW-AFM<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):

No hearing date or proposed order attached as a separate filing.

Counsel must resubmit with hearing date and proposed order.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Defendant's Motion of John D. Schwalb to Withdraw as Attorney [279] | May 3, 2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

May 4, 2023

Date

_[signature]_

United States District Judge