Rinat Klier-Erlich (State Bar No. 188933)
rerlich@zelmserlich.com
Brian T. Smith (State Bar No. 234651)
bsmith@zelmserlich.com
**ZELMS ERLICH & MACK**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile: (818) 999-9155

Attorneys for Defendants CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN and DAVIDOVICH STEIN LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT, LLC; ALEX LEE MOORE, JR. a/k/a ALEX MOORE a/k/a FLEX MOORE; PRESTIGE PEGASUS, LLC; MONILADAE COLEY a/k/a MONILADAID COLEY; CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFMx<br><br>Hon. Stephen V. Wilson, Crtrm 10A<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS, CHARLES Z. STEIN, ESQ. AKA CHARLIE STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.** |

/ / /

/ / /

/ / /

/ / /

---

1

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS, CHARLES Z. STEIN, ESQ. AKA CHARLIE STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that this case has settled between Plaintiff RADICAL INVESTMENTS, LTD, (Plaintiff) and Defendants, CHARLES Z. STEIN, ESQ. a/k/a CHARLIE STEIN; and DAVIDOVICH STEIN LAW GROUP, LLP ("Settling Defendants").

DATED:  May 22, 2023          **ZELMS ERLICH & MACK**

By: _____
Rinat Klier Erlich
Brian T. Smith
Attorneys for Defendants
CHARLES Z. STEIN, ESQ. a/k/a
CHARLIE STEIN and DAVIDOVICH
STEIN LAW GROUP, LLP

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of Service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On May 22, 2023, I served True copies of the following document(s) described as **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS, CHARLES Z. STEIN, ESQ. AKA CHARLIE STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.** on the interested parties in this action.

## SEE ATTACHED SERVICE LIST

**ONLY BY ELECTRONIC TRANSMISSION:** Only by emailing the document(s) to the persons at the e-mail address(es). This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 22, 2023 at Woodland Hills, California.

_____
Rosa E. Rojas

---

1

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS, CHARLES Z. STEIN, ESQ. AKA CHARLIE STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.**

# SERVICE LIST
### Radical Investment Ltd v. Good Vibrations, et al.
### Case No.: 2:22-cv-02752-SVW-AFM

| | |
|---|---|
| Gerardo A. Vazquez, Esq.<br>gv@gvazquez.com<br>Ralph R. Longo, IV, Esq.<br>rl@gvazquez.com<br>Steven B. Herzberg, Esq.<br>sh@gvazquez.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. | Maurice David Pessah, Esq.<br>maurice@pessahlawgroup.com<br>Summer Benson, Esq.<br>sbenson@pessahgroup.com<br><br>Attorneys for Plaintiff Radical Investments, Ltd. |
| John D. Shwalb, Esq.<br>john@jdschwalb.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | Mark Drooks, Esq.<br>mdrooks@birdmarella.com<br>Sharon Ben-Shahar Mayer, Esq.<br>smayer@birdmarella.com<br><br>Attorneys for James Scott and Warner, Norcross & Judd, LLP |
| Michael Stoller, Esq.<br>michael.stoller@stollerlawgroup.com<br><br>Attorneys for Alex Moore and Good Vibrations Entertainment, LLC | |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS, CHARLES Z. STEIN, ESQ. AKA CHARLIE STEIN AND DAVIDOVICH STEIN LAW GROUP, LLP.**