# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02752-SVW-AFM | Date | May 24, 2023 |
| Title | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER ADMINISTRATIVELY TERMINATING A DEFENDANT PENDING SETTLEMENT

The Court, having received the Notice of Settlement, as to defendants Charles Z. Stein, Esq. a/k/a Charlie Stein and Davidovich Stein Law Group, LLP, filed May 22, 2023, terminates defendants Charles Z. Stein, Esq. a/k/a Charlie Stein and Davidovich Stein Law Group, LLP only pending finalization of settlement. The parties shall proceed with the settlement as outlined in the notice. Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |