UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02752-SVW-AFM | Date | May 22, 2023 |
|---|---|---|---|
| Title | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ralph R. Longo, IV | John D. Schwalb |
| | Rinat Klier-Erlich |

**Proceedings:**    ZOOM-PRETRIAL CONFERENCE

Conference held. The Court is advised of a settlement as to certain defendants.

The case is set for jury trial for September 19, 2023 at 9:00 a.m., with a pretrial conference on September 11, 2023 at 3:00 p.m.

|  | : | 25 |
|---|---|---|
| | Initials of Preparer | PMC |