GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*Assigned to the Honorable Stephen V. Wilson*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CHARLES Z. STEIN, ESQ. AND DAVIDOVICH STEIN LAW GROUP, LLP PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Radical Investments, Ltd. ("Plaintiff") and Defendants Charles Z. Stein, Esq., Davidovich Stein Law Group, LLP, Alex Lee Moore, Jr., and Good Vibrations Entertainment, LLC (collectively, "Defendants"), by and through the undersigned counsel, hereby jointly stipulate that the above-captioned action is dismissed with prejudice as to Defendants Charles Z. Stein, Esq. and Davidovich Stein Law Group, LLP pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall each bear their own attorneys' fees and costs.

**SO STIPULATED.**

Respectfully submitted.

Dated: 6/6/2023          **VAZQUEZ & ASSOCIATES, P.A.**

By: */s/ Ralph R. Longo IV*
Gerardo A. Vazquez, Esq.
Ralph R. Longo IV, Esq.
Attorneys for Plaintiff,
Radical Investments, Ltd.

Dated: 6/6/2023          **ZELMS, ERLICH & MACK**

By: */s/ Rinat Klier-Erlich*
Rinat Klier-Erlich, Esq.
Brian T. Smith, Esq.
Attorneys for Defendants,
Charles Z. Stein, Esq. and
Davidovich Stein Law Group, LLP

2

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CHARLES Z. STEIN, ESQ. AND DAVIDOVICH STEIN LAW GROUP, LLP PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)

Dated: 6/6/2023            JOHN D. SCHWALB, PLLC


By: */s/ John D. Schwalb*
    John D. Schwalb, Esq.
    Attorneys for Defendants,
    Alex Lee Moore, Jr. and
    Good Vibrations Entertainment, LLC