1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
12
13  RADICAL INVESTMENTS LTD.,            Case No. 2:22-cv-02752-SVW-AFM
    a St. Lucia Company,
14
                                         **[PROPOSED] ORDER GRANTING**
15              Plaintiff,               **STIPULATION OF DISMISSAL**
                                         **WITH PREJUDICE AS TO**
16         v.                            **DEFENDANTS CHARLES Z. STEIN,**
                                         **ESQ. AND DAVIDOVICH STEIN**
17  GOOD VIBRATIONS                      **LAW GROUP, LLP PURSUANT TO**
18  ENTERTAINMENT LLC, a Florida         **FED. R. CIV. P. 41(a)(1)(A)(ii)**
    Limited Liability Company, et al.,
19
20
21
22              Defendants.
23
24
25
26
27
28

1

1  With good cause appearing, the stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff Radical Investments, Ltd. ("Plaintiff") and Defendants Charles Z. Stein, Esq., Davidovich Stein Law Group, LLP, Alex Lee Moore, Jr., and Good Vibrations Entertainment, LLC (collectively, "Defendants") is hereby **GRANTED**.

Defendants Charles Z. Stein, Esq. and Davidovich Stein Law Group, LLP are hereby **DISMISSED WITH PREJUDICE** as to all claims against them, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 7, 2023

_____
UNITED STATES DISTRICT JUDGE