Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP,PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

John D. Schwalb
JOHN D. SCHWALB, PLLC
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | ) ) ) | No. 2:22-cv-02752-SVW-AFM<br>Hon. Stephen V. Wilson |
| Plaintiff, | ) ) ) | **ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE, JR. TO 2ND AMENDED COMPLAINT** |
| vs. | ) ) ) | |
| GOOD VIBRATIONS ENTERTAINMENT LLC, et al. | ) ) ) | . |
| Defendants. | ) | |

## ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE JR. TO AMENDED COMPLAINT

Come now Defendants GOOD VIBRATIONS ENTERTAINMENT, LLC ("GVE")

AND ALEX LEE MOORE JR. ("MOORE") for their answer to the Amended Complaint and

would state as follows:

1. Admitted.

2. Admitted.

3. Denied as stated.  Moore admits that in his capacity as the principal of GVE that he transacted business but denies that he did so individually.

4. It is admitted the Court has jurisdiction over Moore.

5. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

6. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

7. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

8. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

9. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

10. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

11. Admitted.

12. Admitted.

13. Venue is admitted.

14. Admitted with the exception of subparagraph c.

15. Denied.

16. GVE admits jurisdiction, but denies it committed tortious acts.

17. Moore admits jurisdiction, but denies he committed tortious acts.

18. Defendants are without sufficient knowledge or information upon which to form a

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

belief as to the truth of the allegations.

19. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

20. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

21. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

22. Admitted.

23. Denied.

24. Admitted that the firm was retained.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

25. Denied.

26. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

27. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

28. Denied.

29. Defendants admit that Maloney was introduced to Moore in his capacity as the principal of GVE and that there were numerous discussions and coversations.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

30. It is admitted that Moore resided in Florida in a home rented by him.  The remaining allegations are denied.

---

***ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT***

31. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

32. Denied.

33. It is admitted that a form SPA was provided with a Paymaster Agreement and that Maloney was to contact Stein regarding the agreement and due diligence. The agreements were significantly modified by Radical, ultimately the terms of the agreement speak for themselves. The remaining allegations are denied.

34. The terms of the agreement speak for themselves.

35. The terms of the agreement speak for themselves.

36. Denied. GVE provided the invoice provided to him by Coley.

37. It is admitted that Moore forwarded an invoice provided by Coley.

38. It is admitted that ultimately Radical signed an authorization to release the funds to Prestige Pegasus. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

39. It is denied the instructions were amended. It is admitted that Radical authorized the funds release to Prestige.

40. Denied.

41. Admitted.

42. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

43. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

44. Defendants are without sufficient knowledge or information upon which to form a

belief as to the truth of the allegations.

45. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

46. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

47. Admitted.

48. Admitted.

49. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

50. Denied.

51. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

52. The allegations of the complaint speak for themselves.

53. The allegations of the first and third sentence are admitted.  The remaining allegations are denied.

54. The response speaks for itself.

55. Denied.

56. Radical's statements or contentions in the correspondence speaks for itself.

57. Radical's statements or contentions in the correspondence speaks for itself.

58. Stein's response speaks for itself.

59. It is admitted that an amendment was made to the agreement authorizing the return of the funds held by Stein to Radical.

60. Defendants are without sufficient knowledge or information upon which to form a

belief as to the truth of the allegations.

61. The terms of the release speak for themselves.

62. The terms of the release speak for themselves.

63. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

64. It is admitted that Stein responded to discovery.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations that Stein failed to disclose certain information.

65. Denied.

66. The terms of the release speak for themselves.

67. Admitted.

68. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

69. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

70. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

71. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

72. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations, but it is denied that Stein was providing legal advice to Moore or GVE.

73. Denied as it relates to Moore.  It is admitted that he had  a legal relationship as to

GVE as the Escrow agent.

74. It is denied that GVE and Moore were engaged in fraud.  Accordingly, the allegations are denied.

75. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.  It is denied that Stein and Moore had a professional relationship.

76. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

77. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

78. Denied.

79. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

80. The terms of the agreement speak for themselves.

81. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

82. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations, except that it is denied Moore or GVE had an attorney client relationship with Stein or DS Law Group.

83. Denied.

84. Denied.

85. It is admitted that there were discussions between Moore and Stein.  The remaining allegations are denied.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

86. It is admitted that the statements in the message speak for themselves.  It is admitted that Stein release funds to GVE and RDS Cargo.

87. Admitted.

88. The allegations of the first sentence are admitted.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

89. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

90. Admitted.

91. Denied.

92. Denied, RDS Cargo was also to be paid.

93. Admitted, but such had nothing to do with this transaction.

94. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

95. Admitted, but his incentive was to be paid for the successful completion of the underlying agreement.

96. The allegations are a conclusion and not a factual statement and as such are denied.

97. The statements in the message speak for themselves.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

98. The statements in the message speak for themselves.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

99. The terms of the agreement speak for themselves.

100.    Admitted.

101.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

102.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of the first sentence.  The statements in the message speak for themselves.

103.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

104.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

105.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

106.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

107.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

108.    Admitted.

109.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations regarding Stein's state of mind.  The remaining allegations are admitted.

110.    It is admitted that certain emails were sent the remaining allegations are denied.

111.    Denied.

---

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

112.    It is admitted that as the escrow agent Stein told Moore that certain things should be done.  The remaining allegations are denied.

113.    Denied.

114.    Denied that Stein was acting as Moore or GVE's counsel.  Admitted that he told Moore to seek advice from an attorney.

115.    It is admitted that Moore was hopeful the deal would go through.  The remaining allegations are denied.

116.    The terms of the email speak for themselves.  The remaining allegations are denied.

117.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

118.    Admitted as to the first sentence.  The remainder is denied.

119.    The statements in the email speak for themselves.  It is admitted that Moore was trying to keep the deal from falling through.

120.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.  It is denied that Moore was in cahoots with anyone.

121.    Denied as stated.

122.    It is admitted that Moore was making numerous attempts to keep the deal in place.

123.    It is admitted that various emails were sent the terms of which speak for themselves.

124.    Denied.

---

***ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT***

125.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

126.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

127.   Denied.

128.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations.

129.   Denied.

130.   Admitted.

131.   It is admitted that Scott wrote the letter because Radical had requested some assurance that GVE was engaged in the PPE business.

132.   Denied.

133.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

134.   Denied—Radical had already entered into the deal before the letter was issued.

135.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

136.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

137.   Denied.

138.   Admitted.

139.   Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

140.    Defendants incorporate their responses to the previous allegations herein by reference.

141.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

142.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

143.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

144.    Admitted.

145.    It is admitted that Moore said he could not return the funds for a number of reasons, including those contained in paragraph 145.

146.    Denied.

147.    Denied.

148.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Denied.

153.    Denied.

154.    Denied.

155.    Denied.

156.    Denied.

157.    Denied.

158.    Defendants incorporate their responses to the previous allegations herein by reference.

159.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

160.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

161.    Admitted.

162.    Admitted.

163.    Admitted.

164.    Admitted.

165.    Admitted.

166.    Admitted.

167.    Admitted

168.    Admitted, except to the extent that Radical is alleging that Moore or GVE had anything to do with it or were involved in with Coley or Prestige which is denied.

169.    Admitted.

170.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

171.    Admitted.

172.    Admitted.

173.    Admitted.

174.    Admitted.

175.    Defendants incorporate their response to the previous allegations herein by

---

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

reference.

176.    Denied.

177.    Denied.

178.    Denied.

179.    Denied.

180.    Denied.

181.    Defendants incorporate their responses to the previous allegations herein by reference.

182.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

183.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

184.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

185.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

186.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

187.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

188.    Denied.

189.    Denied.

190.    Denied.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

191.    Denied.

192.    Denied.

193.    Denied.

194.    Defendants incorporate their responses herein by reference.

195.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

196.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

197.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

198.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

199.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

200.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

201.    Denied.

202.    Denied.

203.    Denied

204.    Denied.

205.    Denied.

206.    Denied.

207.    Defendants incorporate their responses to the previous allegations herein by

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

reference.

208.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

209.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

210.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

211.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

212.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

213.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

214.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

215.    Admitted.

216.    Admitted.

217.    Admitted.

218.    Admitted.

219.    Admitted.

220.    Defendants incorporate their responses to the previous allegations herein by reference.

221.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the truth of the allegations.

222.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

223.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

224.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

225.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

226.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

227.    Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations.

228.    Admitted.

229.    Admitted.

230.    Admitted.

231.    Admitted.

232.    Admitted.

233.    Defendants incorporate their responses to the previous allegations herein by reference.

234.    Denied.

235.    Denied.

236.    Denied.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

237.    Denied.

238.    Denied.

239.    Denied.

240.    Denied.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

246.    Defendants incorporate their responses to the previous allegations herein by

reference.

247.    Denied.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Denied.

252.    Denied.

253.    Denied.

254.    Denied.

255.    Denied.

256.    Denied.

257.    Denied.

258.    Denied.

259.    Defendants incorporate their responses to the previous allegations herein by reference.

260.    Admitted.

261.    Admitted

262.    Admitted.

263.    Admitted.

264.    Admitted.

265.    Admitted.

266.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

267.    Admitted.

268.    Admitted.

269.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

270.    Admitted.

271.    Admitted.

272.    Defendants incorporate their responses to the previous allegations herein by reference.

273.    Admitted.

274.    Admitted

275.    Admitted.

276.    Admitted.

277.    Admitted.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

278.   Admitted.

279.   Admitted.

280.   Admitted.

281.   Admitted.

282.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

283.   Admitted.

284.   Admitted.

285.   Defendants incorporate their responses to the previous allegations herein by reference.

286.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

287.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

288.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

289.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

290.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

291.   Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

292.   Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

293.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

294.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

295.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

296.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

297.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

298.     Defendants incorporate their responses to the previous allegations herein by reference.

299.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

300.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

301.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

302.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

303.     Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

304.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

305.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

306.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

307.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

308.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

309.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

310.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

311.    Defendants incorporate their responses to the previous allegations herein by reference.

312.    Admitted.

313.    Admitted.

314.    Denied.

315.    Denied.

316.    Denied.

317.    Denied.

318.    Denied.

319.   Defendants incorporate their responses to the previous allegations herein by reference.

320.   Denied.

321.   Denied.

322.   Denied.

323.   Denied.

324.   Denied.

325.   Denied.

326.   Denied.

327.   Defendants incorporate their responses to the previous allegations herein by reference.

328.   Admitted.

329.   Admitted.

330.   Admitted.

331.   Admitted.

332.   Admitted.

333.   Admitted.

334.   Admitted.

335.   Defendants incorporate their responses to the previous allegations herein by reference.

336.   Admitted.

337.   Admitted.

338.   Admitted.

339.    Admitted.

340.    Admitted.

341.    Admitted.

342.    Admitted.

343.    Defendants incorporate their responses to the previous allegations herein by reference.

344.    Denied.

345.    Denied.

346.    Admitted.

347.    Denied.

348.    Denied.

349.    Denied.

350.    Defendants incorporate their responses to the previous allegations herein by reference.

351.    Denied.

352.    Denied.

353.    Denied.

354.    Denied.

355.    Denied.

356.    Denied.

357.    Defendants incorporate their responses to the previous allegations herein by reference.

358.    Admitted.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

359.   Admitted.

360.   Admitted.

361.   Admitted.

362.   Admitted.

363.   Admitted.

364.   Defendants incorporate their responses to the previous allegations herein by reference.

365.   Admitted.

366.   Admitted.

367.   Admitted.

368.   Admitted.

369.   Admitted.

370.   Admitted.

371.   Defendants incorporate their responses to the previous allegations herein by reference.

372.   Denied.

373.   Denied.

374.   Denied.

375.   Denied.

376.   Defendants incorporate their responses to the previous allegations herein by reference.

377.   Denied.

378.   Denied.

379.    Denied.

380.    Denied.

381.    Defendants incorporate their responses to the previous allegations herein by reference.

382.    Admitted.

383.    Admitted.

384.    Admitted.

385.    Admitted.

386.    Defendants incorporate their responses to the previous allegations herein by reference.

387.    Admitted.

388.    Admitted.

389.    Admitted.

390.    Admitted.

391.    Defendants incorporate their responses to the previous allegations herein by reference.

392.    The Court has already ruled on this count and no answer is required.

393.    The Court has already ruled on this count and no answer is required.

394.    The Court has already ruled on this count and no answer is required.

395.    The Court has already ruled on this count.  Plaintiff is entitled to recover its damages cause by GVE as shown by the proof.

396.     Defendants incorporate their responses to the previous allegations herein by reference.

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

397.    Denied.

398.    Denied.

399.    Denied.

400.    Denied.

401.    Defendants incorporate their responses to the previous allegations herein by reference.

402.    Admitted.

403.    Admitted

404.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

405.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

406.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

407.    Defendants incorporate their responses to the previous allegations herein by reference.

408.    Admitted.

409.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

410.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

411.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

412.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

413.    Defendants incorporate their responses to the previous allegations herein by reference.

414.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

415.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

416.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

417.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

418.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

419.    Defendants incorporate their responses to the previous allegations herein by reference.

420.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

421.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

422.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

423.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

424.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

425.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

426.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

427.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

428.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

429.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

430.    Defendants are without sufficient knowledge or information upon which to form a

belief as to the allegations.

431.    Defendants incorporate their responses to the previous allegations herein by

reference.

432.    Admitted as to GVE, denied as to Moore.

433.    It is admitted that Moore has withdrawn funds from GVE's bank account which

he is authorized to do.

434.    It is admitted that Moore spent varying sums of money on matters which, while

not necessarily prudent are not illegal and that any such funds in the account would

ultimately have gone to Moore as the sole owner of the LLC.

435.    It is admitted that Moore made certain gifts to family members.

436.    Denied.

437.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

438.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

439.    Denied as to these Defendants.

440.    Denied as to these Defendants.

441.    It is admitted Plaintiff seeks a receiver.

442.    Denied as to these Defendants.

443.    It is admitted Plaintiff seeks a restraining order.

444.    Denied.

445.    Denied.

446.    Denied.

447.    Defendants incorporate their responses to the previous allegations herein by reference.

448.    Admitted.

449.    Denied.

450.    Denied.

451.    Defendants are without sufficient knowledge or information upon which to form a belief as to the allegations.

452.    Denied.

453.    Denied.

---

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*

454.    Denied.

455.    Denied.

456.    Any and all allegations not previously admitted explained or denied are hereby expressly denied.

## **AFFIRMATIVE DEFENSES**

457.    Defendants aver and allege that to the extent it is negligent, the Plaintiff is negligent.  More particularly, Plaintiff had the opportunity to and could have performed due diligence as it related to Prestige Pegasus and Coley but failed to do so.

458.    Defendants aver and allege the agreement was made with GVE and that Moore is not individually liable.  Had Plaintiff wished to make Moore individually liable, it would have required Moore to sign the contract individually or to guarantee the contract.

459.    Defendants aver and allege that to the extent that Plaintiff was defrauded by Prestige and Coley, they were also defrauded by her.

460.    Defendants aver and allege to the extent they are liable, they are entitled to set off for all sums paid by the Stein Defendants.

WHEREFORE, now having fully answered, Defendants pray the complaint be dismissed. Defendants demand a jury to try this cause.

1

2

3

4

5          Respectfully submitted,

6          **/s/ Michael T. Stoller**
           Michael T. Stoller (SBN 120241)
7          **STOLLER LAW GROUP, PC.**
           5747 Hoback Glen Road
8          Hidden Hills, California 91302
           (310) 245-4028
9          (424) 702-3201 facsimile
           michael.stoller@stollerlawgroup.com
10

11

12          **/s/ John D. Schwalb**
           John D. Schwalb
13         JOHN D. SCHWALB, PLLC
           120 Third Avenue South
14         Franklin, Tennessee 37064-2511
           (615) 794-7100
15         john@jdschwalb.com

16

17

18

19

20

21

22

23

24

25

26

27

28

---

***ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT***

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing has been served via electronic mail upon the following:

GERARDO A. VAZQUEZ
gv@gvazquez.com
RALPH R. LONGO, IV
rl@gvazquez.com
STEVEN B. HERZBERG
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131

MAURICE D. PESSAH
maurice@pessahgroup.com
SUMMER E. BENSON
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
661 N. Harper Ave., Suite 208
Los Angeles, CA 90048


and was served upon the following entities or persons via first class mail:

Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent
7182 Edgewood Drive
Highlands Ranch, CO, 80130

Moniladae Coley
6625 Reseda Blvd.
Reseda, CA 91335

on this 30th day of June 2023.


*/s/ Michael T. Stoller*
Michael T. Stoller

---

*ANSWER OF GOOD VIBRATIONS ENTERTAINMENT AND ALEX LEE MOORE TO 2ND AMENDED COMPLAINT*