1   Michael T. Stoller (SBN 120241)
2   STOLLER LAW GROUP,PC.
    5747 Hoback Glen Road
3   Hidden Hills, California 91302
    (310) 245-4028
4   (424) 702-3201 facsimile
    michael.stoller@stollerlawgroup.com
5
6   John D. Schwalb
    JOHN D. SCHWALB, PLLC
7   120 Third Avenue South
    Franklin, Tennessee 37064-2511
8   (615) 794-7100
    john@jdschwalb.com
9
10
                        **UNITED STATES DISTRICT COURT**
11
                        **CENTRAL DISTRICT OF CALIFORNIA**
12
13
14  RADICAL INVESTMENTS LTD.,          )   No. 2:22-cv-02752-SVW-AFM
    a St. Lucia Company,               )   Hon. Stephen V. Wilson
15                                     )
         Plaintiff,                    )   **NOTICE OF MOTION AND MOTION**
16                                     )   **TO WITHDRAW**
    vs.                                )
17                                     )
18  GOOD VIBRATIONS ENTERTAINMENT      )   DATE:   August 14, 2023.
    LLC, et al.                        )   TIME:    1:30 P.M.
19                                     )   PLACE:  Courtroom 10A
         Defendants.                   )
20
21                **NOTICE OF MOTION AND MOTION TO WITHDRAW**

22          PLEASE TAKE NOTICE that the undersigned counsel Michael T. Stoller  and John D.

23  Schwalb, counsel for Defendants, Alex Lee Moore, Jr. and Good Vibrations Entertainment, LLC

24  will appear at the time and placed noted above, for the purposes of withdrawing as counsel for

25  the Defendants in this matter.  Counsel has advised lead counsel for the Plaintiff Radical

26  Investments and they have no opposition to the motion.  Counsel have submitted their

27  declarations contemporaneously with this notice and motion.

28

                    *NOTICE OF MOTION AND MOTION TO WITHDRAW*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For the reasons set forth in the declarations submitted contemporaneously with this

motion, Michael T. Stoller  and John D. Schwalb move to withdraw.

Respectfully submitted,

_____/s/_____
Michael T. Stoller
Attorneys for Defendants, Alex Lee Moore, Jr. and
Good Vibrations Entertainment, LLC

_____/s/_____
John D. Schwalb
Attorneys for Defendants, Alex Lee Moore, Jr. and
Good Vibrations Entertainment, LLC

*NOTICE OF MOTION AND MOTION TO WITHDRAW*

1

## CERTIFICATE OF SERVICE

2

I certify that the foregoing has been served via electronic mail upon the following:

3

GERARDO A. VAZQUEZ

4  gv@gvazquez.com
RALPH R. LONGO, IV

5  rl@gvazquez.com
STEVEN B. HERZBERG

6  sh@gvazquez.com

7  **VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550

8  Miami, Florida 33131

9
MAURICE D. PESSAH

10  maurice@pessahgroup.com
SUMMER E. BENSON

11  sbenson@pessahgroup.com

12  **PESSAH LAW GROUP, PC**
661 N. Harper Ave., Suite 208

13  Los Angeles, CA 90048

14
Alex Lee Moore, Jr. and

15  Good Vibrations Entertainment, LLC
flex@goodvibrationsentertainment.com

16  flex@quantummeditationcenter.com
flex727@icloud.com

17

18  and was served upon the following entities or persons via first class mail:

19  Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent

20  7182 Edgewood Drive
Highlands Ranch, CO, 80130

21

22  Moniladae Coley
6625 Reseda Blvd.

23  Reseda, CA 91335

24
on this 17 day of July 2023.

25

26
/s/ *Michael T. Stoller*

27  Michael T. Stoller

28

---

*NOTICE OF MOTION AND MOTION TO WITHDRAW*