Michael T. Stoller (SBN 120241)
STOLLER LAW GROUP, PC.
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

John D. Schwalb
JOHN D. SCHWALB, PLLC
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, et al.<br><br>Defendants. | No. 2:22-cv-02752-SVW-AFM<br>Hon. Stephen V. Wilson<br><br>**AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW**<br><br>Date:  August 14, 2023<br>Time:  1:30 p.m.<br>Place: Courtroom 10A |

### AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW

Pursuant to Rule 72, Fed. R. Civ. Procedure, John D. Schwalb, makes the following declaration under penalty of perjury.

1. My name is John D. Schwalb. I am one of the attorneys for the Defendants Alex

Lee Moore, Jr. and Good Vibrations Entertainment, LLC.

2. I have discussed my intent to withdraw as counsel of record with local counsel, as well as, counsel for the Plaintiff. None have indicated any opposition.

3. Moore, the sole member of Good Vibrations and an individual defendant has refused to cooperate with myself, as well as, local counsel in this matter. This has resulted in a serious breakdown of the attorney client relationship as well as the retainer agreement between the client and attorney.

4. Good Vibrations is essentially bankrupt and has no assets of which I am aware. Mr. Moore is the sole member of Good Vibrations and since he has been sued along with Good Vibrations has been responsible for funding the defense of this matter since at least Mid-2022. When I began to represent Good Vibrations (pre-suit) Moore signed the retainer agreement individually, as well as, on behalf of Good Vibrations.

5. Neither Good Vibrations nor Moore have met the deadlines and agreed upon obligations as it relates to the payment of my fees and expenses in this matter. Despite continued promises the deadlines have come and gone without payment and there have been multiple explanations, but nonetheless, no payments have been made since December 2022. There is a rather significant outstanding balance currently owed which has been outstanding since at least December 2022. His current outstanding balance is in excess of $30,000.00. He has refused to even make payments on the outstanding balance.

6. Within the past month last couple of weeks, Moore has largely ceased communicating with me. He has refused to return telephone calls, text messages and e-mail, including e-mails about outstanding discovery.

*AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW*

7. I have given Mr. Moore multiple extensions based upon his promises. I have explained his obligations to cooperate with regard to discovery and moving forward on this matter. Nonetheless, he has not.

8. I have advised Moore that his failure to pay his outstanding fees, even if he started to make payments and failed to cooperate and do those things necessary to conclude this matter I would have no choice but to withdraw. I am a sole practitioner and have advised Moore that I cannot continue to, nor should he expect that I would continue to represent him without any payments toward his outstanding fee balance in over seven months or him failing to meet the agreed upon deadlines. He was fully warned that I would seek withdrawal if not paid on multiple occasions both before and after the case was continued from its April 2023, after the settlement by the Stein Defendants and through the current date.

9. The importance and priority of the payment of his obligations to his attorneys has been impressed upon him on multiple occasions, as well as the potential consequences of nonpayment, not only as it relates to withdrawal but as it relates to the defense of this action. The necessity of cooperating to complete discovery and get the matter ready for trial has also been explained to him. The consequences of his failure to do so have been explained as well.

10. Since the early part of June 2023, Moore has not responded to electronic communication is a timely manner if he does at all. Multiple promised return calls have yet to be made by him.

11. In short there has been a complete breakdown of the attorney client relationship such that I cannot continue to represent him consistent with my ethical obligations to him, the Court and opposing counsel. I will be happy to provide the Court with additional more in depth

*AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW*

information, under seal or in camera, should the Court require.

      12.    For these reasons, I am requesting that my motion to withdraw be granted and that I be relieved as counsel.

**Further Declarant Saith Not.**

**Sworn to under penalty of perjury pursuant to Rule 72, Fed. R. Civ. P.**

Dated July 6, 2023      _____
                                      John D. Schwalb

*AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW*

Respectfully submitted,

/s/ Michael T. Stoller
Michael T. Stoller (SBN 120241)
STOLLER LAW GROUP,PC.
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
(424) 702-3201 facsimile
michael.stoller@stollerlawgroup.com

/s/ John D. Schwalb
John D. Schwalb
JOHN D. SCHWALB, PLLC
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

*AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW*

**CERTIFICATE OF SERVICE**

I certify that the foregoing has been served via electronic mail upon the following:

Gerardo A. Vazquez
gv@gvazquez.com
Ralph R. Longo, IV
rl@gvazquez.com
Steven B. Herzberg
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131

Maurice D. Pessah
maurice@pessahgroup.com
Summer E. Benson
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
661 N. Harper Ave., Suite 208
Los Angeles, CA 90048

Alex Lee Moore, Jr. and
Good Vibrations Entertainment, LLC
flex@goodvibrationsentertainment.com
flex@quantummeditationcenter.com
flex727@icloud.com

and was served upon the following entities or persons via first class mail:

Prestige Pegasus LLC
c/o Rance Bauman, Registered Agent
7182 Edgewood Drive
Highlands Ranch, CO, 80130

Moniladae Coley
6625 Reseda Blvd.
Reseda, CA 91335

on this 6th day of July 2023        */s/ John D. Schwalb*
                                     **John D. Schwalb**

---

*AMENDED DECLARATION OF JOHN D. SCHWALB IN SUPPORT OF MOTION TO WITHDRAW*