Michael T. Stoller (SBN 120241)
STOLLER LAW GROUP, APC
5747 Hoback Glen Road
Hidden Hills, CA 91302
(310) 245-4025
michael.stoller@stollerlawgroup.com
Attorney for Defendants,
GOOD VIBRATIONS ENTERTAINMENT, LLC &
ALEX (FLEX) MOORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RADICAL INVESTMENTS LTD, | CASE NO. 2:22 cv-02752-SVW-AFM |
|---|---|
| Plaintiff, | DECLARATION OF MICHAEL T. STOLLER IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GOOD VIBRATIONS ENTERTAINMENT, LLC AND ALEX (FLEX) MOORE |
| v. | |
| GOOD VIBRATIONS ENTERTAINMENT, LLC, et al. | |
| Defendants. | DATE:  August 14, 2023<br>TIME:  1:30 PM<br>HONORABLE: STEHPEN V. WILSON |

I, Michael T. Stoller, declare as follows:

1.  I am an attorney at law duly licensed to practice in the State of California. I am further admitted to practice before the United States District Court, Central District of California. I am the owner of Stoller Law Group, APC, which represents defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore in this matter. I have personal and firsthand knowledge of the matters set forth in this declaration, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2.  I have served as counsel to defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore since June 2022.

3.  I billed for the work I performed in connection with this matter.

4.  All correspondence and communications from and to defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore have solely been with me and John Scwalb lead

1

DECLARATION OF MICHAEL T. STOLLER

counsel.

5.	Since May, 2022, I have devoted whatever time was needed to get up to speed on the matter and assist with pretrial requirements in anticipation of the August 7, 2022 trial date for the representation of defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore. Defendants have not paid for any of the work performed and the fees accrued. Despite numerous bills and letters being sent to the defendants, they have been delinquent in making any payments.

6.	Over the last few months I have accrued and continue to accrue an unreasonable financial burden. Similarly, the prospect of further uncompensated work and financial outlay also creates an unreasonable financial burden.

7.	In addition to defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore's failure to pay for my legal services, they have engaged in conduct that has made it unreasonably difficult for me to represent them in this matter. Defendants have failed to provide information and responses necessary for proper representation upon multiple written and oral requests. Due to their conduct, namely their failure to communicate, there has been a total breakdown in the attorney-client relationship, which has rendered me unable to represent them in a meaningful and competent manner.

8.	On June 28, 2023, I sent to defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore via text an additional notice of my intent to withdraw as counsel in this action if they did not pay accrued fees. Defendants were advised that they would need to obtain new local counsel for John Schwalb their lead counsel to continue to represent them since he was admitted Pro Hac Vice. As of my execution of this Declaration, defendants have failed to fulfill or even respond to any of my requests.

9.	For the reasons set forth above, I respectfully request that the Court issue an order permitting me to withdraw as counsel for defendants Good Vibrations Entertainment, LLC and Alex (Flex) Moore in this action.

//

//

2

DECLARATION OF MICHAEL T. STOLLER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July, 2023 at Hidden Hills, California.

/s/ Michael T. Stoller, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via E-filing on all counsel of record this 21st day of October, 2022.

By: */s/ Michael T. Stoller*
Michael T. Stoller, Esq.
California Bar No. 120241
Michael.stoller@stollerlawgroup.com