Michael T. Stoller (SBN 120241)
**STOLLER LAW GROUP, PC.**
5747 Hoback Glen Road
Hidden Hills, California 91302
(310) 245-4028
michael.stoller@stollerlawgroup.com

John D. Schwalb
JOHN D. SCHWALB, PLLC
120 Third Avenue South
Franklin, Tennessee 37064-2511
(615) 794-7100
john@jdschwalb.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | No. 2:22-cv-02752-SVW-AFM<br>Hon. Stephen V. Wilson |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW** |
| vs. | |
| GOOD VIBRATIONS ENTERTAINMENT LLC, et al. | . |
| Defendants. | |

### ORDER GRANTING MOTION TO WITHDRAW

Upon notice and motion of Michael T. Stoller and John D. Schwalb along with their declarations to withdraw as counsel for Good Vibrations Entertainment, LLC and Alex Lee Moore Jr. and it further appearing from their declarations that good cause exists the motion is GRANTED.

SO ORDERED this _____ day of _____ 2023.

_____
STEPHEN V. WILSON
United States District Judge