UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR REMOTE APPEARANCE BY OUT-OF-STATE COUNSEL FOR PLAINTIFF RADICAL INVESTMENTS LTD. RE: MOTION FOR LEAVE TO WITHDRAW** |

| | |
|---|---|
| 1 | THE COURT, after reviewing the Request for Remote Appearance by Out-of-State Counsel for Plaintiff Radical Investments, Ltd. ("Plaintiff"), and considering the grounds therefore, does hereby grant leave of Court to Plaintiff as requested, as follows: |

1. Out-of-state counsel for Plaintiff has this Court's leave to appear remotely via Zoom for the Motion for Leave to Withdraw as Counsel for Good Vibrations Entertainment, LLC and Alex Moore on August 14, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER