GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>**DECLARATION OF RALPH R. LONGO IV RE: PLAINTIFF RADICAL INVESTMENTS, LTD.'S UNILATERAL FILING OF EXHIBIT LIST**<br><br>Pre-Trial Conf.: September 11, 2023<br>Trial Date: September 19, 2023<br>Time: 9:00 a.m.<br>Courtroom: 10A |

1

DECLARATION OF RALPH R. LONGO IV RE: PLAINTIFF RADICAL INVESTMENTS, LTD.'S
UNILATERAL FILING OF EXHIBIT LIST

## DECLARATION OF RALPH R. LONGO IV

I, Ralph R. Longo IV, hereby declare:

1. I am an attorney at law duly admitted to practice before this Court on this matter *pro hac vice*. I am an attorney at Vazquez & Associates P.A., counsel of record for Plaintiff Radical Investments, Ltd. ("Plaintiff"). The matters set forth in this declaration are within my personal knowledge and, if called to do so, I could and would competently testify thereto.

2. I make this declaration to apprise the Court of our attempts to comply with Local Rule ("L.R.") 16-6.1. At least as early as August 15, 2023, our office contacted counsel for Defendants Good Vibrations Entertainment, LLC ("GVE") and Alex Lee Moore, Jr. ("Moore") (collectively, "Moore Defendants") to coordinate the preparation of a joint exhibit list. Notwithstanding our numerous follow-up correspondence, the Moore Defendants have not timely provided a list of exhibits. So as to comply with its pre-trial obligations, Plaintiff is forced to unilaterally file an exhibit list. Attached hereto as **Exhibit A** is a true and correct copy of our correspondence with defense counsel regarding the L.R. 16-6.1 joint exhibit list.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 21st day of August, 2023 at Miami, Florida.

   */s/ Ralph R. Longo IV*
Ralph R. Longo IV, Declarant

DECLARATION OF RALPH R. LONGO IV RE: PLAINTIFF RADICAL INVESTMENTS, LTD.'S UNILATERAL FILING OF EXHIBIT LIST