| | |
|---|---|
| 1 | GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*) |
| | gv@gvazquez.com |
| 2 | RALPH R. LONGO, IV (admitted *Pro Hac Vice*) |
| 3 | rl@gvazquez.com |
| | STEVEN B. HERZBERG (admitted *Pro Hac Vice*) |
| 4 | sh@gvazquez.com |
| | **VAZQUEZ & ASSOCIATES, P.A.** |
| 5 | 1111 Brickell Ave., Suite 1550 |
| 6 | Miami, Florida 33131 |
| | Tel. (305) 371-8064 |
| 7 | |
| 8 | MAURICE D. PESSAH (SBN: 275955) |
| | maurice@pessahgroup.com |
| 9 | SUMMER E. BENSON (SBN: 326398) |
| | sbenson@pessahgroup.com |
| 10 | **PESSAH LAW GROUP, PC** |
| 11 | 9100 Wilshire Blvd., Suite 850E |
| | Beverly Hills, CA 90212 |
| 12 | Tel. (310) 772-2261 |
| 13 | |
| 14 | Attorneys for Plaintiff, |
| | RADICAL INVESTMENTS LTD. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 17 | RADICAL INVESTMENTS LTD., | Case No. 2:22-cv-02752-SVW-AFM |
| 18 | a St. Lucia Company, | |
| 19 | Plaintiff, | *Assigned to the Hon. Stephen V. Wilson* |
| 20 | v. | **PLAINTIFF RADICAL INVESTMENTS, LTD.'S WITNESS LIST** |
| 21 | | |
| 22 | GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida | Pretrial Conf: September 11, 2023 |
| 23 | Limited Liability Company, et al., | Trial Date:  September 19, 2023 |
| | | Time:   9:00am |
| 24 | | Courtroom:  10A |
| 25 | Defendants. | |
| 26 | | |

1

PLAINTIFF RADICAL INVESTMENTS, LTD.'S WITNESS LIST

Plaintiff Radical Investments, Ltd. ("Plaintiff" or "RIL") hereby submits this witness list pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i)-(ii), C.D. Cal. Local Rule 16-5, and the Honorable Judge Stephen V. Wilson's Trial Preparation Order. Plaintiff submits this witness list in advance of the trial set for September 19, 2023, against Defendants Good Vibrations Entertainment, LLC ("GVE") and Alex Lee Moore, Jr. ("Moore") (collectively, the "Moore Defendants").

Plaintiff intends to call some, or all, of the following witnesses to testify at trial. As required by Local Rule ("L.R.") 16-5, an asterisk is "placed next to the names of those witnesses whom the party may call only if the need arises." Separately, Plaintiff identifies whether the witness will be testifying live or by deposition.

Plaintiff reserves the right to modify or supplement this witness list before or during trial. Plaintiff further reserves the right to call rebuttal witnesses and witnesses needed to provide authentication (including a custodian of records) as becomes necessary, including witnesses not disclosed below. Plaintiff further reserves the right to amend this list—including the designation of whether Plaintiff will call the witness live or by deposition—based on the Moore Defendants' identification of those witnesses they intend to make available at trial. Plaintiff further reserves the right to call any witness, live or by deposition, identified by the Moore Defendants.

## I. WILL CALL AND LIVE

| Witness Name | Live or By Deposition | Anticipated Length/Scope of Testimony |
|---|---|---|
| Ms. Olivia Watson | Live | Ms. Watson will testify on direct examination regarding the transaction for vaccines and RIL's loss of $6.7 million due to the actions of the Defendants. She will testify regarding RIL's lack of knowledge |

|  |  | regarding Defendant Stein and Moore's communications with respect to the true cost of the vaccines and what they truly stood to profit off of the transaction. She will also testify in accordance with the matters contained within her Declaration submitted along with Plaintiff's Motion for Summary Judgment as to the Moore Defendants. It is anticipated her testimony will take 2-3 hours. |

## II. MAY CALL AND LIVE

| Witness Name | Live or By Deposition | Anticipated Length/Scope of Testimony |
|---|---|---|
| Mr. Charles Z. Stein, Esq.* | Live (Individual & 30 (b)(6)) | It is anticipated that Mr. Stein will testify regarding the transaction, generally, as well as his relationship with co-Defendant Alex Moore, and the financial arrangements they had which were unbeknownst to RIL. Mr. Stein will testify further regarding the wires which were sent out of his IOLTA Account. It is anticipated his testimony will take 2-3 hours. |
| Mr. Alex "Flex" Moore Jr. * | Live (Individual & 30 (b)(6)) | It is anticipated that Mr. Moore will testify regarding the transaction, generally, and regarding his relationship with Defendant Stein. Mr. Moore will further testify regarding the monies he received from Stein. He will also testify regarding how he spent or withdrew the entirety of the funds which he received from Stein. It is anticipated that his testimony will take 1-2 hours. |

| Ms. Moniladai Coley* | Live | It is anticipated that Ms. Coley will discuss the transaction, generally. It is anticipated her testimony will take less than 1 hour. |
|---|---|---|
| Mr. Rance Bauman* | Live | It is anticipated that Mr. Bauman will discuss the transaction, generally. It is anticipated his testimony will take less than 1 hour. |
| Ms. Cheryl Chamley* | Live | It is anticipated that Ms. Chamley will discuss the transaction, generally. It is anticipated her testimony will take less than 1 hour. |

### III. BY DEPOSITION

| **Witness Name** | **Live or By Deposition** | **Anticipated Length/Scope of Testimony** |
|---|---|---|
| Mr. James L. Scott, Esq.* | Deposition (Individual & 30)(b)(6)) | It is anticipated that Mr. Scott will testify regarding an opinion letter written by him which induced Plaintiff to enter into the transaction. It is anticipated his testimony will take less than 1 hour. Any testimony from Mr. Scott would be via deposition. |

Dated: August 21, 2023

                                                          Respectfully submitted,

                                                          VAZQUEZ & ASSOCIATES
*Attorney for Plaintiff*
1111 Brickell Avenue Suite 1550
Miami, Florida 33131
Telephone (305) 371-8064
Facsimile (305) 371-4967

By:    **/s/ Ralph R. Longo IV**
          RALPH R. LONGO IV, ESQ.
          Florida Bar No.: 124169
          RL@GVazquez.com

PLAINTIFF RADICAL INVESTMENTS, LTD.'S WITNESS LIST