# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company, | ) ) ) | No. 2:22-cv-02752-SVW-AFM Hon. Stephen V. Wilson |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION TO WITHDRAW** |
| vs. | ) ) | |
| GOOD VIBRATIONS ENTERTAINMENT LLC, et al. | ) ) ) | . |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW

Upon notice and motion of Michael T. Stoller and John D. Schwalb along with their declarations to withdraw as counsel for Good Vibrations Entertainment, LLC and Alex Lee Moore Jr. and it further appearing from their declarations that good cause exists the motion is GRANTED.

SO ORDERED this 22nd day of August, 2023.

_____
STEPHEN V. WILSON
United States District Judge