# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-02752-SVW-AFM | Date | October 2, 2023 |
|---|---|---|---|
| Title | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al | | |

**CORRECTED**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Paul M. Cruz | April Lassiter-Benson |
| Deputy Clerk | Court Reporter / Recorder     Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gerardo Vasquez | Alex Moore, pro se |

**Proceedings:** ZOOM-PRETRIAL CONFERENCE

The Court is advised that defendant has retained new counsel. The pretrial conference is continued to October 16, 2023 at 1:30 p.m.

Pro se defendant is ordered to provide the court's clerk with new counsel's contact information. Pro se defendant is further ordered to give notice to new counsel of the new date for pretrial conference, and to advise that appearance is mandatory.

|  | : | 10 |
|---|---|---|
|  | Initials of Preparer | PMC |