GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
SUMMER E. BENSON (SBN: 326398)
sbenson@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVM-AFM<br><br>*The Hon. Stephen V. Wilson*<br><br>**PLAINTIFF'S NOTICE AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT GOOD VIBRATIONS ENTERTAINMENT LLC**<br>(*Filed concurrently with Declaration of Ralph R. Longo*)<br>Trial Date:   April 2, 2024<br>Time:          9:00 a.m.<br>Courtroom:  10A |

**TO THE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Monday, November 13, 2023 or as soon thereafter as this matter may be heard by the above-entitled Court, located at 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, CA 90012, Plaintiff RADICAL INVESTMENTS LTD. ("Plaintiff" or "RIL") will present its application for entry of default judgment by the Court as to Defendant Good Vibrations Entertainment LLC (the "Application").

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendant GOOD VIBRATIONS ENTERTAINMENT LLC ("Good Vibrations"), is a limited liability corporation which remains unrepresented by counsel and, further, the Servicemembers Civil Relief Act does not apply to the above-named Defendant (*See* Declaration of Ralph R. Longo ["Decl. Longo"] ¶¶ 10, 12).

2. Pursuant to Local Rule 83-2.2.2, a limited liability corporation which is unrepresented by counsel may not appear before this Court.

3. Good Vibrations has been provided with ample opportunity to obtain counsel during the proceedings and in advance of pending trial and has failed to do so.

4. Good Vibrations received notice on multiple occasions that it would be subject to default if it failed to obtain counsel.

5. Notice of the Application has been served as required by Rule 55(b)(2).

6. Notice of the Application has been served on Good Vibrations on November 1, 2023, by email as required by Local Rule 55-1 (Decl. Longo ¶ 13.)

This Application is based on this Notice, the attached Declaration of Ralph R. Longo, and the pleadings, files and other matters that may be presented at the hearing.

//
//
//

1       DATED: November 1, 2023

2                                       **VAZQUEZ & ASSOCIATES, P.A.**

3

4                                   By: _/s/Ralph R. Longo IV_

5                                       Gerardo Vazquez, Esq.
Ralph R. Longo IV, Esq.

6                                       Steven B. Herzberg, Esq.

7                                       Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28