# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RADICAL INVESTMENTS LTD.

Plaintiff(s),

v.

GOOD VIBRATIONS ENTERTAINMENT
LLCRDS CARGO GROUP DWC LLC, et al.

Defendant(s) Respondent(s).

CASE NUMBER:

2:22−cv−02752−SVW−AFM

## NOTICE OF DEFICIENCY
## DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of   Good Vibrations Entertainment LLC   for the following reason(s):

- _ No declaration as required by F.R.Civ.P 55(a)
- _ No proof of service/waiver of service on file
- _ The name of the person served does not exactly match the person named in complaint
- _ Proof of Service is lacking required information
- _ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _ Time to respond has not expired
- _ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- _ Request for Entry of Default has been forwarded to the assigned Judge
- _ Party dismissed from action on
- _ Case terminated on
- X Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: Request and Application are incorrectly noticed for court hearing. A Request for Clerk's default needs to be entered before moving for default judgment

The Clerk cannot enter the requested **Default Judgment** against   Good Vibrations Entertainment LLC   for the following reason(s):

- _ No Entry of Default on file
- _ No declaration as required by F.R.Civ.P 55(b)
- _ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _ Amount sought is not for a sum certain or cannot be computed to a sum certain
- _ Attorney Fees sought not in compliance with Local Rule 55−3
- _ Amount sought for costs is incorrect
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- X Other:

CLERK, U.S. DISTRICT COURT

Date:  November 2, 2023     By:   /s/ *Benjamin Moss*  
Deputy Clerk  
Benjamin_Moss@cacd.uscourts.gov

CV–52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT