GERARDO A. VAZQUEZ (admitted *Pro Hac Vice*)
gv@gvazquez.com
RALPH R. LONGO, IV (admitted *Pro Hac Vice*)
rl@gvazquez.com
STEVEN B. HERZBERG (admitted *Pro Hac Vice*)
sh@gvazquez.com
**VAZQUEZ & ASSOCIATES, P.A.**
1111 Brickell Ave., Suite 1550
Miami, Florida 33131
Tel. (305) 371-8064

MAURICE D. PESSAH (SBN: 275955)
*maurice@pessahgroup.com*
**PESSAH LAW GROUP, PC**
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

Attorneys for Plaintiff,
RADICAL INVESTMENTS LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS, LTD., a St. Lucia Company,<br><br>      Plaintiff,<br><br>   vs.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>      Defendants. | Case No. 2:22-cv-02752-SVM-AFM<br><br>*The Hon. Stephen V. Wilson*<br><br>**DECLARATION OF RALPH R. LONGO IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GOOD VIBRATIONS ENTERTAINMENT LLC**<br>*(Filed concurrently with Request for Entry of Default)*<br>Trial Date:   April 2, 2024<br>Time:         9:00 a.m.<br>Courtroom:  10A |

-1-
DECLARATION OF RALPH R. LONGO IN SUPPORT OF ENTRY OF DEFAULT AND
APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
Case No. 2:22-cv-02752-SVM-AFM

## DECLARATION OF RALPH R. LONGO, ESQ.

I, Ralph R. Longo, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court on this matter *pro hac vice*. I am an attorney at Vazquez & Associates P.A., counsel of record for Plaintiff RADICAL INVESTMENTS LTD. ("Plaintiff"). The matters set forth in this declaration are within my personal knowledge and, if called to do so, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiff's Request for Entry of Default against Defendant Good Vibrations Entertainment LLC (the "Request").

3. Defendant GOOD VIBRATIONS ENTERTAINMENT LLC ("Good Vibrations") waived service of Process on November 23, 2021 (ECF No. 23), and subsequently answered Plaintiff's Complaint (ECF No. 36).

4. On July 17, 2023, former counsel for Good Vibrations moved the Court for an order allowing them to withdraw as counsel for Good Vibrations.

5. On August 23, 2023, the Court issued an order permitting withdrawal of counsel.

6. At a pre-trial conference held on October 2, 2023, Defendant ALEX MOORE ("Moore") appeared pro se and advised the Court that Moore and Good Vibrations were in the process of obtaining new counsel. The Court continued the pre-trial conference to October 16, 2023.

7. At the pre-trial conference held on October 16, 2023, Moore appeared pro se and Good Vibrations remained unrepresented.

8. Rule 55(a) of the Federal Rules of Civil Procedure states that a default may be entered when "A party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's Default."

9. Local Rule 83-2.2.2 states that "No organization or entity of any other kind

-2-

DECLARATION OF RALPH R. LONGO IN SUPPORT OF ENTRY OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
Case No. 2:22-cv-02752-SVM-AFM

(including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."

10. Despite ample notice from this Court, and from Plaintiff's Counsel, that an unrepresented entity cannot appear in any action or proceeding and is subject to default, Good Vibrations has failed to obtain "representation of an attorney permitted to practice before this Court." As such, Plaintiff has been given no choice but to file this Request.

11. The Servicemember's Civil Relief Act does not apply to Defendant Good Vibrations.

12. Notice of this Request has been served on Defendant Good Vibrations on November 1, 2023, by email.

13. Plaintiff respectfully requests that the Clerk enter Default as to Defendant Good Vibrations pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 2, 2023

**VAZQUEZ & ASSOCIATES, P.A.**

By: /s/Ralph R. Longo IV
Declarant