UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02752-SVW-AFM | Date | January 26, 2024 |
|---|---|---|---|
| Title | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re REQUEST for Clerk to Enter Default against Defendant Good Vibrations Entertainment LLC [339]

    The request is GRANTED. The Clerk is ordered to enter default against the defendant listed above.

|  | : |
|---|---|
| Initials of Preparer | PMC |