Case 2:22-cv-02752-SVW-AFM   Document 348   Filed 02/06/24   Page 1 of 4   Page ID #:4761

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

FILED
CLERK, U.S. DISTRICT COURT
FEB -6 2024
CENTRAL DISTRICT OF CALIFORNIA
BY mmc  DEPUTY

2:22cv2752-SVW

IA

NIXIE  910  4C 1  7202/04/24
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

Case: 2:22cv2752  Doc: 345

Moniladae Coley
6625 Reseda Boulevard
Reseda, CA 91335

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37276927@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-02752-SVW-AFM Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/26/2024 at 10:19 AM PST and filed on 1/26/2024

| | |
|---|---|
| **Case Name:** | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al |
| **Case Number:** | 2:22-cv-02752-SVW-AFM |
| **Filer:** | |
| **Document Number:** | 345 |

**Docket Text:**
**MINUTE IN CHAMBERS ORDER re REQUEST for Clerk to Enter Default against Defendant Good Vibrations Entertainment LLC [339] by Judge Stephen V. Wilson.The request is GRANTED. The Clerk is ordered to enter default against the defendant listed above. (rolm)**

**2:22-cv-02752-SVW-AFM Notice has been electronically mailed to:**
Summer Elizabeth Benson    vbirtha@ftllp.com, sbenson@ftllp.com
Maurice David Pessah    eowen@pessahgroup.com, maurice@pessahgroup.com
Ralph R. Longo    rl@gvazquez.com
Gerardo A. Vazquez    gv@gvazquez.com
Rinat Klier-Erlich    rrojas@zelmserlich.com, rerlich@zelmserlich.com, acooper@zelmserlich.com
Brian Thomas Smith    bsmith@zelmserlich.com, rkm@manningllp.com
Steven B. Herzberg    sh@gvazquez.com
Sharon Ben-Shahar Mayer    dlb@birdmarella.com, docket@birdmarella.com, dbeatty@birdmarella.com, sbs@birdmarella.com
Michael Thomas Stoller    michael.stoller@stollerlawgroup.com
Mark T Drooks    docket@birdmarella.com, mhicks@birdmarella.com, mtd@birdmarella.com
**2:22-cv-02752-SVW-AFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Prestige Pegasus LLC
c o Prestige Pegasus LLC
6625 Reseda Boulevard

Reseda CA 91335
Moniladae Coley
6625 Reseda Boulevard
Reseda CA 91335