1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADICAL INVESTMENTS LTD., a St. Lucia Company,<br><br>Plaintiff,<br><br>v.<br><br>GOOD VIBRATIONS ENTERTAINMENT LLC, a Florida Limited Liability Company, et al.,<br><br>Defendants. | Case No. 2:22-cv-02752-SVW-AFM<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILES NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PROPOSED ORDER** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

THE COURT, after reviewing the Request to Extend Time to File Notice of Motion and Motion for Default Judgment and Proposed Order for Plaintiff Radical Investments, Ltd. ("Plaintiff"), and considering the grounds therefore, does hereby grant leave of Court to Plaintiff as requested, as follows:

1. GOOD CAUSE APPEARING, the Court hereby ORDERS that Plaintiff Radical Investments, Ltd. is given an additional ten (10) days to file their Notice of Motion and Motino for Default Judgment and Proposed Order. The documents are now due on February 22, 2024.

**IT IS SO ORDERED.**

Dated:_____

_____
UNITED STATES DISTRICT JUDGE