FILED
CLERK, U.S. DISTRICT COURT

February 23, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE<br><br>**24-039** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stephen V. Wilson to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:22-cv-02752-SVW-AFMx | Radical Investments Ltd. v. Good Vibrations Entertainment LLC et al. |
| 2:23-cv-05221-SVW-ADS | James Blaylock v. Orange County Probation Dept. |
| 2:23-cv-06338-SVW-BFMx | Konstantin Stilidi v. Merrick B. Garland et al. |
| 2:23-cv-06791-SVW-JCx | Sealed v. Sealed |
| 2:23-cv-06793-SVW-Ex | NY Black and Gold Corporation v. Beauty Cravings, LLC et al. |
| 2:23-cv-07265-SVW-PVCx | 1001 S. Olive, LLC v. Nationwide Mutual Insurance Company et al. |
| 2:23-cv-09501-SVW-MAAx | Kenneth S. Grossman v. David Sin et al. |
| 2:23-cv-10075-SVW-MARx | Walter Gonzalez v. Volkswagen Group of America, Inc. et al. |
| 2:23-cv-10300-SVW-DFMx | Rick Franks v. County of Los Angeles et al. |
| 2:23-cv-10562-SVW-MARx | Beverly Dantzler v. PHH Mortgage Corporation |
| 2:24-cv-00098-SVW-MARx | Xavier Maldonado et al. v. BPS Direct LLC et al. |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                                        2

---

| 2:24-cv-00223-SVW-SKx | YZ Productions, Inc. v. Teezily Inc. et al. |
| 2:24-cv-00521-SVW-JCx | Gonzalez v. Lotus Slipper, Inc. et al. |
| 5:24-cv-00043-SVW-SHKx | Michael Rhambo v. M and J Oil, Inc. et al. |

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024                    _____
                                             Chief Judge Philip S. Gutierrez